FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

# FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USMS# 06545-052

Jesse McKinley Carter Jr(c)
F.C.I. - FAIRTON
(Enter above the full name of the plaintiff in this action)
POB 420
FAIRTON, N.J. 08320

**COMPLAINT**

v.

HENRY J. SADOWSKI,

HARRELL WATTS,

D. SCOTT DODRILL,

JONATHAN C. MINER, et, al.

Case: 1:07-cv-01395
Assigned To : Urbina, Ricardo M.
Assign. Date : 07/31/2007
Description: PRO SE GEN. CIVIL

(Enter above the full name of the defendant or defendants
in this action)

---

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $150.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rules of Civil Procedure.

**RECEIVED**

JUL - 9 2007

Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1.  Jurisdiction is asserted pursuant to (CHECK ONE)

    _____  42 U.S.C. § 1983 (applies to state prisoners)

    _____  <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>,
    403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

    If you want to assert jurisdiction under different or additional statutes, list these below:

    (FTCA) FEDERAL TORT CLAIMS ACT

2.  Previously Dismissed Federal Civil Actions or Appeals

    If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

    a.  Parties to previous lawsuit:      (1) & (2) filed in Camden New Jersey

        Plaintiff(s): <u>(1) Jesse McKinley Carter Jr, et, al</u>

                  (2) Robert North, Jesse McKinley Carter Jr(c) , et, al

        Defendant(s): <u>(1) Keith E. Olson, Warden FcI Fairton, et, al</u>
                  (2) K. White, Warden FCI Fairton , et, al

    b.  Court and docket number: <u>(1) 00-4937 (SMO) (2) 02-3218 (JBS) C.O.A.# 04-3480</u>

    c.  Grounds for dismissal:  (  ) frivolous   (  ) malicious   (XX) failure to state a claim upon which relief may be granted

3

d.   Approximate date of filing lawsuit: _____(1) N/A    (2)N/A_____

e.   Approximate date of disposition: _____(1) N/A    (2)N/A_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.   Place of Present Confinement? _____F.C.I. Fairton_____

4.   Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

a. Name of plaintiff: _____Jesse McKinley Carter Jr(c),_____

Address: _____**F.C.I. FAIRTON,** Post Office Box [420]_____

_____FAIRTON [08320], New Jersey Republic_____

Inmate #: _____U.S.M.S. N.: [06545-052]_____

b. First defendant -- name: _____HENRY J. SADOWSKI, Northeast Regional Counsel_____

Official position: _____United States Department of Justice Federal Bureau of Prisons_____

Place of employment: _____Northeast Regional Office, 2nd & Chestnut Phil PA 19106_____

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Denying my right for Redress of Grievance, Fraud, Kidnapping, violating sworn

oath of office,  refused to uphold that all parties are in agreement for

Settlement. Defendants are barred and estopped by contract/administrative process

by their own actions from arguing controverting, this tort claim in any

subsequent Administrative and/or Judicial Proceedings

**FORM -5 BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

c. Second defendant -- name:   HARRELL WATTS, Administrator, National Inmate Appeals

Official position: U.S. Department of Justice Federal Bureau of Prisons

Place of employment: 320 First Street, N.W., Washington D.C. 20534

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your
constitutional rights?)

See Attached Notice of Tort Claim with  Commercial Affidavit of truth, and

Affidavit of Negative Averment Marked Exhibits E thru T.

The other Two Defendants are listed in the above referenced Exhibits.

d. If there are more than two defendants, attach a separate sheet.  For each defendant
specify:  (1) name, (2) official position, (3) place of employment, and (4) involvement of the
defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials
regarding the acts complained of in the Statement of Claims on page 6.

__X__ Yes       _____ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from
whom you sought relief, and the results.

See Number 6 Statement of Claims. with exhibits marked 1 thru 45
All Parties are in Agreement by contract/administrative Notices  for Settlement

If your answer is "No," briefly explain why administrative remedies were not exhausted.

# FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

6.     Statement of Claims

(State here as briefly as possible the facts of your case.  Describe how each defendant
violated your rights, giving dates and places.  If you do not specify how each defendant
violated your rights and the date(s) and place of the violations, your complaint may be
dismissed.  Include also the names of other persons who are involved, including dates and
places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.  Use as
much space as you need.  Attach a separate sheet if necessary.)

On or about March 24, 2006, Plaintiff mailed the attached Tort Claim Exhibits marked

A thru U and 1 Thru 45, to the Director of Tort, Tort Branch, Civil Division, U.S.

Department of Justice, See Attached Marked B. with no response, Plaintiff sent Status
Notices, one on May 30 2006 and one on August 10, 2006, See attached Exhibits marked

B1 & B2. With no response Plaintiff had a family member call the Tort Branch. and we
were told to mail the Tort Claim to the U.S. department of Justice, Federal Bureau of

Prisons, Claims  Division, which was received on December 12, 2006 See attached Exhibit
marked B3 and B4. On or about February 28, 2007, Plaintiff received a letter stating that

Plaintiff submitted the Tort Claim late, pursuant to Title 28 U.S.C. 2401(b) see Attached

exhibit marked 1. Plaintiff Notified the Defendant(s) in the attached Administrative
Notice to Cure Error, that according to 28 Code of Federal regulations § 15.1(b)(1), which

states (1) appropriate Federal agency means the Federal agency most closely associated with
the program out of which Federal Claims or suite arose. When it can not be ascertained

which Federal agency is the most closely associated with the program out of which the
claim or suite arose, the responsible Director of the Tort Branch, Civil Division,

Department of Justice, shall be consulted and will thereafter designate the appropriate
Federal gency. According to the above mention rules this Tort Claim has been submitted

timely. This Notice with exhibits was stamped received on March 16, 2007 by Defendant(s)
see attached exhibits marked 2. On or about March 19, 2007, Plaintiff received a letter

from the Defendant(s) stating the same reasons for the rejection as in the February 28,

2007 Letter. On or about March 30, 2007 Plaintiff submitted a Notice of Dishonor and
Administrative Demand to Defendant(s) See attached exhibits marked4. Stating that the

march 19, 2007 response was in error and Plaintiff refuses to be bound by such unconstitut-
ional decision/law as an unconstitutional act. and the Defendant(s) response is void for
fraud and holds no legal effect ab initio. Plaintiff stated that the defendant(s) are
attempting to deliberately defraud Plaintiff of Plaintiffs rights for redress of grievance

which is a federal offence. Whereby, violating Title 18 USC § 1501, Title 18 USC § 1505,
Title 28 CFR § 14.2(b)(1), Title 28 CFR 15.2 and 15.3. and would leave Plaintiff and

Plaintiffs family no choice but to file a Affidavit of Criminal Charges by Witness & Victim
of Criminal Activity to the nearest U.S. Attorneys Office, and may file a civil suite
against Defendant(s). Plaintiff stated that if the Defendant(s) fails to answer the Notice
with Defendant(s) own rebuttal on a point by point basis, within 20 days, such failure

Cont Next Page ....

shall constitute the Defendant(s) admission by default that all statements made by plaintiff are none other than the absolute truth and Plaintiff is entitled to default judgment to which the Notice of Dishonor and Administrative Demand refers, with and order that all records of such Tort and any disabilities imposed as a result of the same be sent to the proper authorities for settlement forthwith.

Plaintiff stated that silence would be equated with fraud, and accordingly, silence by any Defendant(s) shall create the presumption that such Defendant(s) is aware of such fraud and attempting to hide the fact, which would constitute admission that the Defendant(s) have voluntary entered into a conspiracy to defraud Plaintiff of Plaintiffs rights and such conspiracy to defraud constitutes an unlawful act by which any such Defendant(s) shall be divested of any official immunity from suit by Plaintiff for injuries due to such conspiracy and fraud.

Plaintiff stated in the event of default a Notice of Default with Dishonor Settlement Agreement, would be issued against Defendant(s) for failure and/or refusal to up hold Federal Law and the United States Constitution. And a Writ of Inquiry would be sent to the Clerk Of Court.

Plaintiff listed Stipulations, if the defendant(s) failed and/or refused to respond to the terms and conditions of the Notice(s) see attached exhibits marked 4, page 3 of 4, which states: In the event that I Henry J Sadowski, fail or refuse to cure my default by Dishonor by my non-response to this Notice of Dishonor and Administrative Demand by Jesse McKinley Carter Jr(c)., I Henry J. Sadowski, hereby stipulate that each and every stipulation herein numbers 1 through 4, shall constitute, as an operation of law, by my own Tacit Admission by Tacit Procuration that each and every stipulation constitutes an agreement-in-fact between myself and Jesse McKinley carter Jr(c). that all said stipulations are true, correct, complete and certain, stare decisis.Thereafter I, Henry J. Sadowski consent and agree to waive all defenses, as I fully understand that I shall be prevented from, barred to, and estopped, by my own act and actions from claiming a right to, arguing, controverting, or otherwise protesting this Notice of Dishonor and Administrative Demand in any subsequent administrative and/or Judicial proceeding(s).

On or about May 7 2007, Plaintiff received a letter see attached exhibit marked 5. stating the same things that the February 28, 2007 and the March 19, 2007 letters stated. This response violated the terms and conditions of the Notice of Dishonor and Administrative demand and constitutes an agreement between Defendant(s) and Plaintiff, that all Plaintiff(s) statements in the attached Tort Claim see attached exhibits marked B3; B4; A thru U; with exhibits marked 1 thru 45, are true, and the Defendant(s) are barred to and estopped from claiming a right to, arguing, controverting, or protesting this claim in any subsequent administrative and/or judicial proceeding(s).

On or about May 25, 2007 Plaintiff submitted an Affidavit - Notice of Default to the defendant(s) stating that the Defendant(s) are now in default, and Defendant(s) have seventy-two hours (72) from receipt of the Notice of Default to withdraw from this agreement or be bound by default as noticed and Defendant(s) fault may only be cured by compliance with the terms of the original documents, and no further notice will be necessary.

**FOR THE NATURE AND CAUSE AND THE NAMES OF THE OTHER DEFENDANT(S) OF THE TORT CLAIM, PLEASE REFER TO:** attached Form 95 with Notice of Tort Claim exhibits marked B4; D thru I, Commercial Affidavit of Truth exhibits marked J thru O, Affidavit of Negative Averment exhibit marked P thru S, with Commercial Affidavit in Support of Exhibits exhibits marked U, 1 thru 45.

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

7.   Relief

(State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

Make sure that the Defendants up hold their sworn oath  of  office  and the

the contracts/administrative notices that they have agreed to, and settle this

Account.

8.   Do you request a jury or non-jury trial?  (Check only one)

(XXX ) Jury Trial              (    ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___30th___ day of ___June_____, ~~19~~ 2007.

_Jesse Mckly Cely_ jr©
(Signature of plaintiff[1]

_6CR_ CASE MANAGER,
"Authorized by the Act of July 27, 1955,
as amended, to administer oaths
(18 U.S.C 4004)."

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT **MUST** SIGN THE COMPLAINT HERE.  ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.  REMEMBER, **EACH** PLAINTIFF MUST SIGN THE COMPLAINT.

U.S. Department of Justice
Federal Bureau of Prisons

Northeast Regional Office

February 28, 2007

U.S. Custom House - 7th Floor
2nd & Chestnut Streets
Philadelphia, PA. 19106

Jesse M. Carter, Register No. 06545-052
Federal Correctional Institution - Fairton
P.O. Box 420
Fairton, NJ 08320

Re: Administrative Tort Claim No. TRT-NER-2007-01890

Dear Mr. Carter:

This office is in receipt of your tort claim in which you seek to be compensated in the amount of $20,000,000.00 for an alleged personal property loss and personal injury suffered April 29, 2004. This claim was received by the agency on December 15, 2006. After further review, this tort claim is rejected because you failed to submit your administrative tort claim within the time restrictions contained in the applicable statutes and federal regulations.

According to Title 28, United States Code, Section 2401(b), "A tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing by certified or registered mail, or notice of final denial of the claim by the agency to which it was presented."

Also, if you are trying to file a lawsuit against the United States, you must file directly to the appropriate United States District Court. Accordingly, I am returning your claim for such action as you deem appropriate.

Sincerely,

Henry J. Sadowski
Regional Counsel

cc: File

1

To: Henry J. Sadowski
    Regional Counsel
    United States Department of Justice
    Northeast Regional Office
    U.S. Custom House-7th Floor
    2nd & Chestnut Streets
    Philadelphia PA 19106

    March 12, 2007 A.D.

                    Re; Administrative Tort Claim No. TRT-NER-2007-01890
                        Item No. 338359-F1-R1-A1.

New Jersey            )
                      )  SS.:    **ADMINISTRATIVE NOTICE TO CURE ERROR**
Cumberland County     )

Dear Hennry J. Sadowski:

      Sciant Præsentes et futuri...

      That I, Jesse McKinley Carter Jr(c)., the undersigned herein, hereby declare
under penalty of perjury, that I am none other than the natural-born living man;
that I am not less than lawful age to testify, that I am not incompetent, that
I am under no lawfully imposed disability of My unalienable rights under natural
law and the law of nations, and that all of the facts and law set forth herein
are not untrue, not incorrect, not incomplete, and not uncertain, to the best of
my knowledge and belief.

So sworn, Jesse Mckinley Carter Jr(c)., does hereby depose and asseverate as follows:

      This Administrative Notice to Cure Error is My administrative remedy to cure
the error in the enclosed and incorporated determination by Henry J. Sadowski,
Regional Counsel Federal Bureau of Prisons, United States Department of Justice.
This administrative notice to cure error shall not be construed as a motion,
petition, or legal pleading of any kind, other than as Administrative Notice to
Cure Error, as so stated above.

      I am a natural, living man, Secured Party Holder-in-due course, of the above
un-controverted un-contested and mention tort, as there has been an error on the
part of Henry J. Sadowski, Regional Counsel, Federal Bureau of Prisons hereinafter
"Respondent" in prematurely dismissing the above tort originally filed by Claimant
on March 24, 2006 A.D. pursuant to 28 U.S.C. § 2401(b) without lawful cause.

      The facts in this administrative tort, cannot be over looked, and warrant
another determination by Respondent, My reasons and belief are as follows:

      1)    In the attached incorporated letter from Respondent, it states:
            According to title 28 U.S.C. Section 2401(b). "A tort claim against
            the United States shall be forever barred unless it is presented
            in writing to the appropriate federal agency within two years after
            such claim accrues.

2)     In this case I, Jesse McKinley Carter Jr(c),. hereinafter "Claimant", submitted the above mention tort to the Director of Tort, Tort Branch, Civil Division, United States Department of Justice, Washington D.C. 20530, which was received on March 24, 2006 A.D. See attached exhibit marked (B). With no response, on May 30, 2006 A.D., Claimant submitted a "Status Notice ", to the Tort Branch, Civil Division, requesting the status of the above mention tort. With no response, Claimant submitted a "Second Status Notice", on August 10, 2006 A.D. See attached exhibits marked (B1) and (B2). With no response to the Second Status Notice, Claimant had a family member call the United States Department of Justice, Civil Division, Tort Branch, and was instructed to send the above mention tort to the United States Department of Justice, Federal Bureau of Prisons, Tort Branch, Claims Division, Room 754, Holc. 320 First Street Washington D.C. 20530. See attached exhibit (B3), which was received by this office on December 12, 2006 A.D. See attached exhibit (B4).

3)     According to 28 Code of Federal Regulations § 15.1 (b)(1), which states: (1) Appropriate Federal agency means the Federal agency most closely associated with the program out of which the claim or suit arose. When it cannot be ascertained which Federal agency is the most closely associated with the program out of which the claim or suit arose, the responsible Director of the Tort Branch, Civil Division, Department of Justice, shall be consulted and will thereafter designate the appropriate Federal agency. See also Title 28 C.F.R. § 15.2 and 15.3. With this said, the above mention exhibits (B), (B1), and (B2), show that Claimant submitted this tort claim on March 24, 2006 A.D. and exercised due diligence in requesting Notification of Status.

    Whereby, according to the above mention rules, this Tort Claim has been submitted timely. See also Title 28 C.F.R. § 14.2(b)(1). Under the "Continuing Tort" exception rule which states: that if a wrongful act is continuous or repeated, the statue of limitations runs from the date of each wrong or from the end of the continuing wrongful conduct. See 51 American Jurisprudence 2d § 168.

    Pursuant to the rules of law, United States Code or Code of Federal Regulations, Claimant asserts that the Federal Tort Claims Act, is the proper vehicle for the above mention claim. Whereas, Claimant has named both the Government and its employees as defendants and the alleged facts show that the employees were not carrying out the policies reflected in the regulations, all without probable cause. Also Respondents are in agreement by their default as an operation of law, that all said averments are true, correct, and complete, stare decisis. Thereafter, Respondents shall be prevented from, barred from, and estopped by Respondents own acts and actions from denying controverting, or other wise, protesting this Administrative Remedy, Tort Claim in any subsequent Administrative or Judicial proceeding(s).

Whereby, the tolling for filing the above mention Tort Claim, should not actully start until Claimants release date from incarceration, July 27, 2021.

Thereby, Claimant is respectfully requesting that Henry J. Sadowski, Northeast Regional Counsel, rescind his decision of denying Claimants Administrative Remedy, Common Law Tort Claim forthwith, and proceed as required by Federal Law.

Thank you for your time and attention in the above mention matters.

If "I" Have offended anyone "I" pray for forgiveness.

Et fins.

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Signed on the date first forth above under the penalty of perjury title 28 U.S.C. § 1746.

Claim returned with this Notice:        By: _____
Item No. 338359-F1-R1-A1.                  Jesse McKinley Carter Jr(c)
Claim No. TRT-NER-2007-01890               non-assumpsit/TDC:
                                           Federal Correctional Institution
                                           Post Office Box [420]
                                           Fairton [08320]
                                           New Jersey
                                           USMS No.: [06545-052]

### NOTICE OF VERIFICATION

I, the undersigned natural man, in the Republic of New Jersey, do hereby certify that on this date, the forgoing instrument was executed with an oath in the presence of the below named witnesses, who presented proof of authority to acknowledge the signature of Claimant.

_____              3-12-7
Witness signature                      Date

_____              3-12-07
Witness signature                      Date

_____              3/10/07
Witness signature                      Date

Executed _____ day of _____, 2007 A.D.

_____.

Cc: file/JMCJ(C)

Page 3 of 3

Case 2:07cv... RMU

## § 13.5

§ 13.5 Procedures: Responsibilities of the intra-departmental committee.

When the Attorney General refers a submission for a reward to the intra-departmental committee, the committee:

(a) Shall consult with the Nuclear Regulatory Commission or the Department of Energy regarding the relevant...

(b) May consult with the Central Intelligence Agency and any other department or agency it deems appropriate to aid in its determination whether a reward should be given and, if so, in what amount;

(c) May hold hearings for the purpose of receiving and evaluating information, and cross-examination. A full presentation on the record with cross-examination is not required.

(d) Shall determine whether the information submitted fits one or more of the rewardable categories outlined in § 13.6.

(e) Shall determine whether the applicant is eligible for the reward. Federal employees and military personnel whose duties include investigating activities covered by this Act are not eligible for a reward for information acquired in the course of their investigation.

(f) Shall submit to the Attorney General a recommendation for the amount of the reward, if any, to be given; and a recommendation for the extension of the 60 days of the date of referral from the Attorney General, unless good cause is shown for extending the time for extension.

§ 13.6 Criteria for reward.

(a) Information provided by any person to the United States under the Atomic Weapons and Special Nuclear Materials Rewards Act must be original, and must concern the unauthorized:

(1) Introduction, manufacture, or acquisition of, or attempted introduction, manufacture, or acquisition of, or conspiracy to introduce, manufacture, or acquire special nuclear material or atomic weapon;

(2) Export or attempt to export, or acquisition of special nuclear material or atomic weapon; or

(3) Loss, diversion or disposal of special nuclear material or atomic weapon.

(b) The amount of the reward shall depend on:

(1) The amount of the material recovered or potentially recoverable, and the role the information played in the recovery;

(2) The danger to the common defense and security posed or that could have been posed by the material;

(3) The difficulty in obtaining the information submitted to claim the reward, and the quality of the information submitted;

(4) Any other considerations which the Attorney General or the intra-departmental committee deems necessary or helpful to the individual determination.

§ 13.7 Judicial review.

The decision of the Attorney General is final and conclusive and no court shall have power or jurisdiction to review it.

## PART 14—ADMINISTRATIVE CLAIMS UNDER FEDERAL TORT CLAIMS ACT

Sec.
14.1 Scope of regulations.
14.2 Administrative claim; when presented.
14.3 Administrative claim; who may file.
14.4 Administrative claims; evidence and information to be submitted.
14.5 Review by legal officials.
14.6 Dispute resolution techniques and limitations on agency authority.
14.7 Investigation and examination.
14.8 Investigation and examination.
14.9 Final denial of claim.
14.10 Action on approved claims.
14.11 Supplementing regulations.

APPENDIX TO PART 14—DELEGATIONS OF SETTLEMENT AUTHORITY

AUTHORITY: 5 U.S.C. 301; 28 U.S.C. 509, 510, 2672; 28 U.S.C. 2401n.

SOURCE: Order No. 371-66, 31 FR 16616, Dec. 29, 1966, unless otherwise noted.

§ 14.1 Scope of regulations.

These regulations shall apply only to claims asserted under the Federal Tort Claims Act. The term Federal agency, and agency, as used in this part, include the executive departments, the military departments, independent establishments of the United States, and corporations primarily acting as instrumentalities or agencies of the...

## Department of Justice

United States but do not include any involved Federal agencies may agree either to conduct their own administrative reviews and to coordinate the results or to have the designated agency conduct them, but in either event, the designated Federal agency will be responsible for the final determination of the...

§ 14.2 Administrative claim; when presented.

(a) For purposes of the provisions of 28 U.S.C. 2401(b), 2672, and 2675, a claim shall be deemed to have been presented when a Federal agency receives from a claimant, his duly authorized agent, or legal representative, an executed Standard Form 95 or other written notification of an incident, accompanied by a claim for money damages in a sum certain for injury to or loss of property, personal injury, or death alleged to have occurred by reason of the incident; and the title or legal capacity of the person signing, and is accompanied by evidence of his authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian, or other representative.

(b)(1) A claim shall be presented to the Federal agency whose activities gave rise to the claim. When a claim is presented to any other Federal agency, that agency shall transfer it forthwith to the appropriate agency, if the proper agency can be identified from the claim, and advise the claimant of the transfer. If transfer is not feasible the claim shall be returned to the claimant. The fact of transfer shall not, in itself, preclude further transfer, return of the claim or other appropriate disposition of the claim. A claim shall be presented as required by 28 U.S.C. 2401(b) and the requirements received by the appropriate agency within the...

(2) When more than one Federal agency is or may be involved in the events giving rise to the claim, an agency with which the claim is filed shall consult all other affected agencies in order to designate the single agency which will thereafter investigate and decide the merits of the claim. In the event that an agreed upon designation cannot be made by the affected agencies, the Department of Justice shall be consulted and will thereafter designate an agency to investigate and decide the merits of the claim. Once a determination has been made, the designated agency shall notify the claimant that all future correspondence concerning the claim shall...

## § 14.2

be directed to that Federal agency. All involved Federal agencies may agree either to conduct their own administrative reviews and to coordinate the results or to have the second agency conduct them. In either event, the designated Federal agency will be responsible for the final determination of the...

(3) A claimant presenting a claim arising from an incident may name more than one agency on the Standard Form 95, and one agency should identify each agency to which the claim is submitted at the time each claim is presented. Where a claim arising from an incident is presented to more than one Federal agency without any indication that more than one agency is involved, and any one of the concerned Federal agencies takes final action on that claim, final action thus taken is conclusive on the claims presented to the other agencies for claim presented. However, if a second involved Federal agency subsequently desires to take further action with a view towards settling the claim, the second Federal agency can reopen the matter as a request for reconsideration of the final denial under 28 CFR 14.9, unless suit has been filed in the interim, and so advise the claimant.

(c) If, after an agency final denial, the claimant files a claim arising out of the same incident with a different Federal agency, the submission of the claim will not toll the running of the period of 28 U.S.C. 2401(b) that suit must be filed within six months of the final denial by the first agency, unless the second agency specifically and explicitly treats the claimant's claim as a request for reconsideration under 28 U.S.C. 2675(a). Amendments shall be submitted in writing and signed by the claimant or his duly authorized agent or legal representative. Upon the timely filing of an amendment to a pending claim, the agency shall have six months in which to make a final disposition of the claim

**§ 15.2**

**28 CFR Ch. I (7-1-04 Edition)**

provided by the Federal Tort Claims Act, 28 U.S.C. 1346(b) and 2672, is made exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against such Federal employees and other persons.

(b) As used in this part:

(1) *Appropriate Federal agency* means the Federal agency most closely associated with the action or activity out of which the claim or suit arose. When it cannot be ascertained which Federal agency is the most closely associated with the program out of which the claim or suit is made, the responsible Director of the Torts Branch, Civil Division, Department of Justice, shall be consulted and will thereafter designate the appropriate Federal agency.

(2) *Federal employee* means "employee of the United States" as that term is defined in 28 U.S.C. 2671.

(3) *Congress.* 28 U.S.C. 2671.

(c) A Federal employee or the estate of a Federal employee or other than a Federal employee for whom Congress has provided by 28 U.S.C. 1346(b) and 2672 is made exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against such person.

**§ 15.2 Expeditious delivery of process and pleadings.**

(a) Any Federal employee against whom a civil action or proceeding is brought for money damages for loss of or damage to property, or personal injury or death, on account of any act or omission in the scope of the employee's office or employment, served with the Federal Government, shall immediately deliver all process and pleadings, or an attested true copy thereof, to whomever is designated by the head of the employee's department or agency to receive such papers, or shall forward such process or pleadings, or an attested true copy thereof, by the head of the employee's department or agency. If the action is brought against the employee's estate the process and pleadings shall be sent to the employee's legal representative. The superior shall submit a report to the United

or designee shall provide the United States Attorney for the district embracing the place where the civil action or proceeding is brought and the responsible Branch Director of the Torts Branch, Civil Division, Department of Justice, information regarding commencement of such action or proceeding, and copies of all process and pleadings.

(b) Any covered person against whom a civil action or proceeding is brought for money damages for loss of or damage to property, or personal injury or death, on account of any act or omission, in circumstances in which Congress has provided that the remedy provided by statute that the Federal Tort Claims Act is made exclusive, shall promptly deliver the appropriate Federal agency all process served on the covered person's receipt, prior to the process of the covered person or persons or pleadings, the covered person or persons, information regarding the commencement of such a civil action or proceeding and immediately so advise the appropriate Federal agency. The appropriate Federal agency shall provide to the United States Attorney for the district embracing the place where the action or proceeding is brought and the responsible Branch Director of the Torts Branch, Civil Division, Department of Justice, information concerning the commencement of such action or proceeding, and copies of all process and pleadings.

**§ 15.3 Agency report.**

(a) The Federal agency employee's employer shall make a report to the United States Attorney for the district embracing the place where the action or proceeding is brought addressing whether the employee was acting within the scope of his office or employment at the time of the incident out of which the suit arose, and a copy of the report shall be sent to the responsible Branch Director of the Torts Branch, Civil Division, Department of Justice.

(b) The appropriate Federal agency

266

**Department of Justice**

**Pt. 16**

States Attorney for the district embracing the place where the civil action or proceeding is brought fully addressing whether such person was acting as a covered person at the time of the incident out of which the suit arose, and a copy of the report shall be sent by the responsible Federal agency to the appropriate Branch Director of the Torts Branch, Civil Division, Department of Justice.

(c) A report under this section shall be submitted at the earliest possible date, or within such time as shall be fixed upon request by the United States Attorney or the responsible Branch Director of the Torts Branch.

**§ 15.4 Removal and defense of suits.**

(a) The United States Attorney or the district where the civil action or proceeding is brought, or any Director of the Torts Branch, Civil Division, Department of Justice, is authorized to make the statutory certification that the covered person was acting within the scope of his office or employment at the time of the incident out of which the claim arose, and upon such certification access to the Federal Tort Claims Act as provided by the Federal Tort Claims Act is made the exclusive remedy.

(c) A certification under this section may be withdrawn if a further evaluation of the facts in consideration of new or additional evidence so warrants. The making of such certification, the withholding, or withdrawing of certifications, and the removal and defense of civil actions or proceedings shall be subject to the instructions and supervision of the Assistant General in charge of the Civil Division or his or her designee.

**PART 16—PRODUCTION OR DISCLOSURE OF MATERIAL OR INFORMATION**

Sec.

**Subpart A—Procedures for Disclosure of Records Under the Freedom of Information Act**

16.1 General provisions.
16.2 Public reading rooms.
16.3 Requirements for making requests.
16.4 Responsibility for responding to requests.
16.5 Timing of responses to requests.
16.6 Responses to requests.
16.7 Classified information.
16.8 Business information.
16.9 Appeals.
16.10 Fees.
16.11 Fees.
16.12 Other rights and services.

**Subpart B—Production or Disclosure in Federal and State Proceedings**

16.21 Purpose and scope.
16.22 General prohibition of production or disclosure in Federal and State proceedings in which the United States is a party.
16.23 General disclosure authority in Federal and State proceedings in which the United States is a party.
16.24 Procedure in the event of a demand where disclosure is not otherwise authorized.
16.25 Judicial action by the Deputy or Associate Attorney General.
16.26 Considerations in determining whether production or disclosure should be made pursuant to a demand.
16.27 Procedure in the event a department or agency of the government is not a party.
16.28 Procedure in the event the demand is made prior to the time a response to the demand is required.
16.29 Procedure in the event of an adverse ruling.

**Subpart C—Production of FBI Identification Records in Response to Written Requests by Subjects Thereof**

16.30 Purpose and scope.
16.31 Definition of identification record.
16.32 Procedure to obtain an identification record.

**APPENDIX TO SUBPART B—REDELEGATION OF AUTHORITY OF THE DEPUTY ATTORNEY GENERAL FOR LITIGATION ANTITRUST DIVISION, TO AUTHORIZE PRODUCTION OR DISCLOSURE OF MATERIAL OR INFORMATION**

267





Federal Bureau of Prisons

Northeast Regional Office

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA. 19106

March 19, 2007

Jesse M. Carter
Reg. No. 06545-052
P. O. Box 420
Fairton NJ  08320

RE: Administrative Tort Claim No. TRT-NER-2007-01890

Dear Mr. Carter:

This office is in receipt of your resubmitted tort claim in which
you seek to be compensated for an alleged personal injury and
loss of personal property that occurred on or about April 29,
2004.  Your claim was received by this agency on March 16, 2007.

After additional review of your claim, it has been determined you
failed to submit your administrative tort claim within the time
restrictions contained in the applicable statutes and federal
regulations.

In accordance with Title 28 U.S.C. § 2401(b), "A tort claim
against the United States **shall be forever barred unless it is
presented in writing to the appropriate Federal agency within two
years after such claim accrues** or unless action is begun within
six months after the date of mailing by certified or registered
mail, or notice of final denial of the claim by the agency to
which it was presented".

Your claim is, therefore, being rejected.  I am returning your
claim for such action as you deem appropriate.

Sincerely,

Henry J. Sadowski
Regional Counsel

Enclosures

3

To: Henry J. Sadowski
    Regional Counsel
    United States Department of Justice
    Northeast Regional Office
    U.S. Custom House-7th Floor
    2nd & Chestnut Streets
    Philadelphia PA 19106

    March 30, 2007 A.D.

            Re: Administrative Tort Claim No.: TRT-NER-2007-01890
                Item No.: 338359-F1-R1-A1.


New Jersey            )
                      )    SS.: **NOTICE OF DISHONOR AND ADMINISTRATIVE DEMAND**
Cumberland County     )


**Sciant præsentes et futuri....**

         That I, Jesse McKinley Carter Jr(c)., the undersigned herein, hereby
declare under penalty of perjury, that I am none other than the natural-born
living man; that I am not less than lawful age to testify, that I am not incom-
petent, that I am under no lawfully imposed disability of My unalienable rights
under natural law and the law of nations, and that all of the facts and law set
forth herein are not untrue, not incorrect, not incomplete, and not uncertain,
to the best of My knowledge and belief.

So sworn, Jesse McKinley Carter Jr(c)., does hereby depose and asseverate as follows:

         This Notice of dishonor and Administrative Demand is Jesse McKinley
Carter Jr(c)., hereinafter "Claimant" Administrative Remedy, in response to the
attached letter dated March 19, 2007, from Henry J. Sadowski, Regional Counsel,
or his/her authorized representative, hereinafter "Respondent(s)".

         As so stated in the attached Administrative Notice to Cure Error.
Claimant submitted the referenced Tort to the Director of Tort, Tort Branch,
Civil Division, United States Department of Justice, Washington DC 20530, which
was received on March 24, 2006 A.D. See attached exhibit marked (B). With no
response. On May 30, 2006 A.D., Claimant submitted a Status Notice, to the
Tort Branch, Civil Division, requesting the status of the above mention tort.
With no response, Claimant submitted a Second Status Notice, on August 10, 2006
A.D. See attached exhibits marked (B1) and (B2). With no response to the second
status notice, Claimant had a family member call the United States Department
of Justice, Tort Branch, Civil Division, and was instructed to send the Tort
to the Federal Bureau of Prisons, Tort Branch, Civil Division, Room 754, Holc.
See attached exhibit marked (B4).

         According to 28 Code of Federal Regulations § 15.1 (b)(1). (1)
Appropriate Federal Agency means the federal agency most closely associated
with the program out of which the claim or suit arose. When it cannot be ascertained



which federal agency is the most closely associated with the program out of which the claim or suit arose, the responsible Director of the Tort Branch, Civil Division, Department of Justice, shall be consulted and will thereafter designate the appropriate federal agency. See attached Title 28 C.F.R. § 15.2 and 15.3. Claimant avers, that the above referenced exhibits (B), (B1) and (B2), show that Claimant submitted this referenced Tort Claim on March 24, 2006 A.D. See attached Title 28 C.F.R. 14.2 (b)(1).

Whereas, the attached letter dated March 19 2007, citing Title 28 U.S.C. § 2401 (b) is in error, and Claimant refuses to be bound by such unconstitutional decision/law, as an unconstitutional act [whether by a legislature or a court] is void and holds no legal effect, ab initio. Claimant has demonstrated with a preponderance of the evidence regarding the tolling for filing the above referenced tort, and it has been brought to my attention that the respondent(s) are attempting to deliberately defraud Claimant of Claimants rights for redress of grievance which is a Federal Offense.

Whereby violating Title 18 U.S.C. § 1501, Assault on Process Server; 18 U.S.C. § 1505, Obstruction of Proceedings before Departments or Entries Generally; 18 U.S.C. § 1506 Theft or Alteration of Record or Process; 18 U.S.C. § 1001 Statement or Entries; Title 28 C.F.R. § 14.2 (b)(1); 15.2 and 15.3., and will leave Claimant and Claimants family no choice but to file an Affidavit of Criminal Charges by Witness & Victim of Criminal Activity to the nearest United States Attorney's office, and may file a Civil Suit against Respondent(s) for denying Claimant of the right for redress of Grievance and for violating the above referenced Federal Law.

In the event that Respondent(s) hereto fails to answer this Notice of Dishonor and Administrative Demand with Respondent(s) own rebuttal, on a point by point basis, within 20 days of Respondent(s) receipt of this notice of Dishonor and Administrative Demand excluding the day of Respondent(s) receipt of this Notice of Dishonor and Administrative Demand, or be in agreement by default and such failure shall constitute the Respondent(s) admission by default that all statements made herein are none other than the absolute truth and that Claimant is entitled to default judgment to which this Notice of Dishonor and Administrative Demand refers, with an order that all records of such Tort and any disabilities imposed as a result of the same be sent to the proper authorities for settlement forthwith.

Silence is equated with fraud, and accordingly, silence by any respondent shall create the presumption that such Respondent is aware of such fraud and attempting to hide the fact, which constitutes admission that any such Respondent has voluntary entered into a conspiracy to defraud Claimant of Claimants rights acquired at birth from God Almighty. Such conspiracy to defraud constitutes an unlawful act by which any such Respondent shall be divested of any official immunity from suit by Claimant for injuries due to such conspiracy and fraud.

**In the event of default,** a NOTICE OF DEFAULT with DISHONOR SETTLEMENT AGREEMENT NO.: TRT-NER-2007-01890-A1 will be issued against Respondent(s) for failure and/or refusal to up hold Federal Law and the United States Constitution, when served upon the Respondent(s), shall constitute a writ of Inquiry to the Clerk, for an unliquidated claim, pursuant to the rules of evidence.

This Notice of Dishonor and Administrative Demand will be stipulated to as true by Respondent(s) Tacit Admission by Tacit Procuration to the stipulations incorporated herein below, shall further constitute an agreement-in-fact between Henry J. Sadowski, Regional Counsel and Claimant that all said stipulations are true, correct, and complete, Stare decisis. Thereafter Respondent(s) shall be prevented from, barred to, and estopped, by his/her own acts and actions from claiming a right to, arguing, controverting, or otherwise protesting this Notice of Dishonor and Administrative Demand in any subsequent Administrative or Judicial proceeding(s).

## S T I P U L A T I O N S

1) I, Henry J. Sadowski, hereby stipulate that the Statements made by the Claimant in this Notice of Dishonor and Administrative Demand are in fact true, correct complete and certain;

2) I, Henry J. Sadowski, hereby stipulate that by denying Claimant the right for redress of grievance I am operating without any judicial authority;

3) I, Henry J. Sadowski, hereby stipulate that in the event of default I am in agreement for Claimant to file a Affidavit of Criminal Charges by Witness & Victim of Criminal Activity to the U.S. Attorney's office against Me for the listed violations of Federal Law; with Notice of Default and Dishonor Settlement Agreement;

4) I, Henry J. Sadowski, hereby stipulate that the averments stated by Claimant in the above referenced Tort Claim are true, correct, complete and certain.

In the event that I, Henry J. Sadowski, fail or refuse to cure my default by Dishonor by my non-response to this Notice of Dishonor and Administrative Demand by Jesse McKinley Carter Jr(c)., I, Henry J. Sadowski, hereby stipulate that each and every stipulation herein, numbers 1 through 4, shall constitute, as an operation of law, by my own Tacit Admission by Tacit Procuration that each and every stipulation constitutes an agreement-in-fact between Myself and Jesse McKinley carter Jr(c)., that all said stipulations are true, correct, complete and certain, stare decisis. Thereafter I, Henry J. Sadowski consent and agree to waive all defenses, as I fully understand that I shall be prevented from, barred to, and estopped, by my own act and actions from claiming a right to, arguing, controverting, or otherwise protesting this Notice of Dishonor and Administrative Demand in any subsequent Administrative and/or Judicial proceeding(s).

Thereby claimant is returning the above referenced Tort claim for processing under the proper Federal Law. Certified Mail No.: 70060100000261736429.
If "I" have offended anyone "I" pray for forgiveness.

Et Finis.

NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

By: _Jesk Mckeuly Carh_ _____
Jesse McKinley Carter Jr(c)
non-assumpsit/TDC:
Federal Correctional Institution
Post Office Box [420]
Fairton [08320] New Jersey
USMS No: [06545-052]

4

3 of 4

## N O T I C E   O F   V E R I F I C A T I O N

I the undersigned natural man, in the Republic of New Jersey, do hereby certify that on this date, the foregoing instrument was executed with an oath in the presence of the below named witnesses, who presented proof of authority to acknowledge the signature of Claimant.


_____            _____
Witness signature                          Date    April 2, 2007

_____            _____
Witness signature                          Date    April 2, 2007

_____            _____
Witness signature                          Date    April 2, 2007


_____
NOTARY MANAGER,
... Act of July 27, 1955.
... administer oaths

Executed _____ day of  4/24/07 , 2007 A.D.

_____.


Cc: file/JMCJ(c)
    Notice of Dishonor and Administrative Demand
    Certified Mail No.: 7006100003261736429 .

4 of 4

U.S. Department of Justice

Federal Bureau of Prisons

Northeast Regional Office

U.S. Custom House
2nd & Chestnut Streets - 7th Floor
Philadelphia, PA. 19106

May 7, 2007

Jesse M. Carter
Reg. No. 06542-052
FCI Fairton
P. O. Box 420
Fairton, NJ 08320

Re:  Your Administrative Claim Received April 11, 2007
     Claim No. TRT-NER-2007-01890 (3rd Submission)

Dear Mr. Carter:

This office is in receipt of your administrative tort claim
wherein you seek to be compensated in the amount of $20 million
for alleged loss of personal property and personal injury
suffered on or about April 29, 2004.

As stated in our previous rejection notices, dated February 28,
2007, and March 19, 2007, according to Title 28, United States
Code, Section 2401(b), "A tort claim against the United States
shall be forever barred unless it is presented in writing to the
appropriate Federal agency within two years after such claim
accrues or unless action is begun within six months after the
date of mailing by certified or registered mail, or notice of
final denial of the claim by the agency to which it was
presented."

If you are trying to file a lawsuit against the United States,
you must file directly to the appropriate United States District
Court.

Sincerely,

Henry J. Sadowski
Regional Counsel

5

# *JESSE MCKINLEY CARTER JR.* ©

F.C.I. FAIRTON
POST OFFICE BOX [420]
FAIRTON [08320] without recourse
New Jersey Republic
U.S.M.S. [06545-052]

Certified No.: 7005 3110 0000 0891 7295

Henry J. Sadowski
Regional Counsel
United States Department of Justice
Northeast Regional Office
U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA 19106

May 25, 2007

Re: Administrative Tort Claim No.: TRT-NER-2007-01890
Item No.: 338359-F1-R1-A1

## AFFIDAVIT - NOTICE OF DEFAULT

| | | | |
|---|---|---|---|
| In the Original De Jure Republic of New Jersey | ) ) ) ) ) | ss.: | **ASSEVERATION** |
| Cumberland County | | | |

**Sciant præsentes et futuri...**

That I, the undersigned, "Affiant" herein, do hereby swear under penalty of perjury under the laws of this de jure republic. that I am none other than the natural-born living American man called by the name spelled Jesse McKinley Carter Jr(c) and by no other spelling, that I am not of less than lawful age to contract or testify, that I am not incompetent, that I am under no lawfully imposed disability of My unalieanable rights under natural law and the law of nations, and that the facts and law set fourth herein are not untrue, not incorrect, not incomplete, not uncertain, and not made for the purposes of fraud or obstruction, to the best of My knowledge and sincerely held belief.

So sworn, Affiant does hereby asseverate and declare as follows:

1). On or about the 7th day of December 2006 A.D., Affiant did submit a TORT CLAIM to the FEDERAL BUREAU OF PRISONS, TORT BRANCH, CLAIMS DIVISION, ROOM 754, HOLC. 320 FIRST STREET, WASHINGTON DC 20534. Certified mail No. 7005 1160 0000 0304 8797. See attached exhibits B3 & B4.

2). On the cover latter referred to on paragraph 1 above
Affiant averred that the tort claim was mailed to the
United States Department of Justice Tort Claim Division
on March 24, 2005 A.D. Refer to exhibit B3, B2, B1, B.

3). On or about the 28th day of February 2007 A.D. Affiant
received a letter from Henry J. Sadowski, Regional Counsel
stating that Affaint failed to submit the administrative
tort claim within the time restrictions under title 28 U.S.C.
Section 2401 (b). See attached exhibit 1.

4). On or about the 12th day of March 2007 A.D., Affiant submitted
a ADMINISTRATIVE NOTICE TO CURE ERROR which was received by
Henry J. Sadowski, Regional Counsel, on or about March 16, 2007
A.D. Affaint averred that Henry J. Sadowski had made an error
in denying Affiants tort claim for time restrictions pursuant
to 28 Code of Federal Regulations §§ 14.2(b)(1); 15.1 (b)(1);
15.2 and 15.3. Also 51 American Jurisprudence 2d § 168.
Affiant requested that Henry J. Sadowski correct the error
and submit the tort claim for processing. See attached exhibit
2, 2A & 2B.

5). On or about the 19th day of March 2007 A.D. Affiant received
a letter from Henry J. Sadowski or his/her authorized
representative stating the same time restrictions under
title 28 U.S.C. Section 2401 (b). See attached exhibit 3.

6). On or about the 2nd day of April 2007 A.D. Affiant submitted
a NOTICE OF DISHONOR AND ADMINISTRATIVE DEMAND to Henry J.
Sadowski, Certified Mail No.: 7006 0100 0002 6173 6429. The
document referred to in page 2 of 4 paragraph 4. Set fourth
a (20) day period within which Henry J. Sadowski was required
to answer, with Henry J. Sadowski's own rebuttal on a point
by point basis or be in agreement by default. See attached
exhibit 4.

7). In accordance with the terms of said document referred to in
the above paragraph 6. Henry J. Sadowski herein after
"Respondant(s) is now in default. and by Respondant(s) default
Respondant(s) has tacitly agreed and is estopped from denying
that all of Affiant's Averments made therein are true, correct
complete and certain, and that Respondent(s) is further estopped
from asserting any official immunity from suit by Affiant for
injuries due to such conspiracy and fraud, and now has admitted
by not responding on a point by point basis to the averred
stipulations 1 thru 4 in said notice.

8). Further Respondant(s) is specifically estopped, by silence, from
disputing Affiant's right to default judgment with the attached
Dishonor Settlement Agreement No.: TRT-NER-2007-01890-A1, in
favor of Affiant for Respondent(s) failure and/or refusal to
up hold Federal Law and the United States Constitution, which

shall constitute a writ of inquiry to the Clerk of Court for an unliquidated claim pursuant to the rules of evidence.

The response received by Affiant on or about the 7th day of April 2007 A.D. is not in compliance with the terms in the above referenced notices and thereby constitutes a non-response to the notices. See Attached 5.

Thereby, Respondent(s) has seventy-two hours from the time of receipt of this NOTICE in which to cure Respondent(s) fault and thereby withdraw from this agreement or be bound by default as noticed herein. Respondent(s) fault may be only cured by compliance with the terms of the original document described in paragraph 6 and depicted in exhibit 4.

In the event Respondent(s) fails and/or refuses to cure Respondent(s) fault within the specified seventy-two (72) hour period, this Notice constitutes Affiant's NOTICE of Respondent(s) default, and no further notice shall be necessary.

**Et finis.**

Executed on the 23 day of May , 2007 A.D.

By: _Jesse McKinley Carter Jr(c)_, agent

## V E R I F I C A T I O N

I the undersigned natural man, in the Republic of New Jersey, do hereby certify that on this date May 23 2007 A.D. the foregoing instrument was executed with an oath in the presence of the below named witnesses, who presented proof of authority to acknowledge the signature of Affiant.

_____
Witness signature

_____
Witness signature

_____
Witness signature

_____
Signature
5/23/07 , CASE MANAGER,
"Authorized by the Act of July 27, 1955,
as amended, to administer oaths
(...)"

Date _May 25th 2007_

Date _May 23, 2007 AD_

Date _May 23 2007_

[STAMP] [SEAL]

AFFIDAVIT - NOTICE OF DEFAULT
Page 3 of 3

6

Certified Mail No.: ~~5 3110 0000 0891 7295

To: Henry J. Sadowski
    Regional Counsel
    United States Department of Justice
    Northeast Regional Office
    U.S. Custom House-7th Floor
    2nd & Chestnut Streets
    Philadelphia, PA 19106

Date: <u>May 25,</u>                          , <u>2007</u> A.D.

Re: Your Commercial **Dishonor** of the attached Presentment.

Dear <u>Henry J. Sadowski</u>                          :

     Attached is your Commercial Dishonor of my Private Acceptance for
Value/Return for Value in Exchange. Having refused/failed to take the
requested action voluntarily, you have therefore accepted the alternative,
as evidenced by your dishonor. You have been Noticed previously of the
consequences of such dishonor. Your dishonor is herewith accepted for value,
and returned to you for full equitable settlement in exchange, in accordance
with Public Policy, House Joint Resolution 192 (UCC 10-104). This Notice
constitutes your opportunity to cure your dishonor by providing me with
immediate settlement.

     In the event you refuse/fail to cure your dishonor by providing me with
settlement within 72 hours, your refusal/failure shall constitute default
hereunder.

<u>**Terms of Default**</u>

     In the event of Default hereunder, <u>Henry J. Sadowski</u>                          ,
hereinafter "Debtor," by willful refusal to cure Debtor's Commercial
Dishonor, does hereby and herewith voluntarily consent and agree that Debtor
is herewith obligated to <u>Jesse McKinley Carter Jr(c)</u>                 , hereinafter
"Secured Party," as described below, and Debtor enters into this agreement
knowingly, willingly and intentionally.

     Now Therefore, the Parties agree as follows:

     That in consideration for Debtor's willful dishonor of Secured Party's
request(s) for settlement, and in consideration for liability wrongfully
imposed upon Secured Party due to Debtor's refusal to provide Secured Party
with lawful settlement, Debtor does hereby and herewith appoint Secured
Party to be Debtor's Authorized Representative, in accord with UCC 3-402,

Page 1 of 6      DISHONOR SETTLEMENT AGREEMENT NO.-TRT-NER-2007-01890-A1

to sign for debtor without liability and without recourse, in any case whatso
ever wherein any signature of Debtor may be required, and in any case whatso
ever which Secured Party in Secured Party's sole discretion deems appropriate
in order to bring about settlement of this obligation. Secured Party shall
have full authority in all matters financial, and shall have authority over
all accounts as well as all property, real or personal, pledged as security
for this obligation;

**Fidelity Bond.**   Known all men by these presents that Debtor establishes
this Bond in favor of Secured Party in the Sum of present Collateral Values
up to the penal sum of Ten Million Dollars (the Sum $10,000,000 Dols and 00
Cents) for the payment of which Bond, well and truly made, Debtor binds Debtor
and Debtor's heirs executors, administrators, and third party assigns, jointly
and severally, by these presents.

The condition of the above Bond is:

Debtor, without the benefit of discussion and without division, does
hereby agree, covenant, and undertake to indemnify, defend, and hold Secured
Party harmless from and against any and all claims, legal actions, orders,
warrants, judgments, demands, indictments, liabilities, losses, depositions,
summonses, lawsuits, costs, fines, liens, levies, assessments, penalties,
damages, interests, expenses, and indentures whatsoever, both absolute and
contingent, due and as might become due, now existing and as might hereafter
arise, and as might be suffered/incurred by, as well as imposed on, Secured
Party as a result of any involvement of Debtor in Secured Party's affairs, or
any refusal of Debtor to provide settlement;

This Bond shall be in force and effect as of the date hereon and until
Secured Party receives settlement in the matter to which the attached Commer-
cial Dishonor pertains.

Secured Party shall promptly advise Debtor of any Claim and provide
Debtor with full details of said Claim, including copies of any documents,
correspondence, suit, or action received by or served upon Secured Party.

Secured Party shall have full disclosure of Debtor's activities in
relation to any discussion, negotiation, or other proceeding relating to any
Claim;

That debtor hereby and herewith, voluntarily grants to Secured Party a
security interest in the herein below described collateral of Debtor, and
that Debtor does hereby transfer all such collateral into the possession-

of Secured Party along with all rights, title, and interests.

All proceeds, products, accounts, and fixtures, as well as the orders therefrom are retained by Secured Party as security for the indebtedness.

Secured Party shall have sole discretion to liquidate and/or otherwise dispose of any collateral as necessary to make settlement of this obligation;

Collateral. That the following types/items of property are pledged by Debtor as collateral for this obligation: all: motor vehicles; aircraft; vessels; ships; trade marks; copyrights; patents; letters patent; titles of office; titles of nobility; security clearances; consumer goods; firearms, and any other lethal or non-lethal weapons, and destructive devices; farm products; inventory; equipment; money; currency; investment property; commercial tort claims; letters of credit; letter-of-credit-rights; chattel paper; electronic chattel paper; tangible chattel paper; certificated securities; uncertificated securities; promissory notes; payment intangibles; software; health care insurance receivables; instruments; deposit accounts; accounts; documents; licenses; livestock; real estate and real property, including all buildings, fences, structures, fixtures, and appurtenances situated thereon, as well as affixed thereto; fixtures; manufactured homes and buildings; timber; crops; as extracted collateral, i.e. all oil, gas, and other minerals, as well as any and all accounts arising from the sale of these substances, both at mine head and wellhead; accessions, increases, and additions, replacements of, and substitutions for, any of the property described herein above in this paragraph; products, proceeds, and produce of any of the property described herein above in this paragraph; accounts, general intangibles, instruments, monies, payments, and contract rights, and all other rights, arising out of the sale, lease, or other disposition of any of the property described herein above in this paragraph; proceeds, including insurance, bond, general intangibles, and accounts proceeds, from the sale, destruction, loss, and other disposition of any of the property described herein above in this paragraph; records and data involving any of the property described herein above in this paragraph, such as in the form of a writing, photograph, microfilm, microfiche, tape, electronic media, and the like, together with all of Debtor's right, title, and interest in all computer software and hardware required for utilizing, creating, maintaining, and processing any such records and data in any electronic media,



and all of Debtor's interest in all such foregoing property in this paragraph, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Debtor's obligation in favor of Secured Party for Debtor's dishonor of Secured Party's requests for settlement;

That Secured Party shall have the authority, as Authorized Representative of Debtor, as regards any deposit account of any kind, maintained by with any bank in/under the name of Debtor, and likewise any deposit account maintained with any bank in/under the Social Security Account Number of Debtor, notwithstanding the absence of Debtor's name as account-holder on any such account, to originate instructions for said deposit-account bank, and to direct the disposition of funds in said deposit-account bank, by acting as signatory on said deposit account without further consent of Debtor without liability and without recourse, and Debtor further consents and agrees that the appointment of Secured Party as Authorized Representative, upon Debtor's entry into this agreement, is irrevocable and coupled with a security interest;

That Debtor voluntarily consents and agrees with Secured Party's filing of a UCC-1 Financing Statement for the perfection of Secured Party's security interest herein, and that Debtor further consents and agrees with Secured Party's filing of any and all Amendments and Continuation Statements necessary for the maintenance of the security interest, and for the purpose of obtaining settlement hereunder;

Secured Party shall have the right to satisfy any judgment, lien, levy, debt, or obligation, whether secured, unsecured, or purported to be secured, against Secured Party as a result of any involvement of Debtor in Secured Party's affairs or any refusal by Debtor to provide Secured party with settlement, by executing a Bill of Exchange against the Fidelity Bond registered herewith;

That Debtor expressly consents and agrees that any such UCC-1 Financing Statement referenced above in paragraph 6, and related filings, are not, and may not be considered bogus, and that Debtor will not claim that any such filing is bogus;

That until such time as Secured party is relieved of liability in the matter to which the attached Commercial Dishonor pertains, all property of Debtor pledged as Collateral herein above is the secured private property-



of Secuerd Party, and is exempt from third party levy;

That upon settlement of the matter to which the attached Commercial Dishonor pertains, i.e. when Secured Party is released from all liability, with all rights, title, and interest intact, Secured Party agrees to release any of Debtor's unliquidayed property held as Collateral under this agreement which has not been conveyed for the purpose of making settlement;

**Advisory.** All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front to back, in accordance with UCC 3-402, and House Joint Resolution 192 (UCC 10-104). This Security Agreement and all Collateral are accepted for value, property of Secured Party, and not dischargeable in bankruptcy court as Secured Party's property is exempt from third party levy. This Security Agreement supersedes all previous contracts or security agreements between Debtor and Secured Party;

Debtor agrees to notify all of Debtor's former creditors, would be creditors, and any would be purchasers of any herein described Collateral, of this Security Agreement, and all such personages are expressly noticed herewith;

This Security Agreement devolves upon Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as Secured Party, to hold and enforce this Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy;

Secured Party reserves all rights past, present, and future UCC 1-308. Secured Party reserves all rights to the Common Law UCC 1-103.

**Default.** The following shall constitute the events of Default hereunder:

1) Failure by Debtor to provide settlement within ten days of entry into this agreement;

2) Failure by Debtor to perform any obligations secured hereby when required to be performed;

3) Any breach by Debtor of any warranty contained in this Security Agreement;

4) Any retaliation against Secured Party by Debtor or any agent of Debtor or any other person as a result of this action;

**Terms of Strict Foreclosure.** Debtor expressly, and voluntarily, consents and agrees that Secured party shall have the right of immediate, non-judicial, strict foreclosure against all property and interest in property,

formerly pledged as Collateral under this ten day limit set forth in Default Term number 1 above.

In the event Secured Party must enforce the right of Strict Foreclosure Debtor agrees not to hinder Secured Party in any way, in Secured Party's taking physical possession of any property/former collateral now the private property of Secured Party;

**Public Lawful Notice.**   Filing of this Security Agreement by the Parties constitutes open, lawful, Public Notice that:

1) The law, venue and jurisdiction of this Security Agreement is the ratified, finalized, signed and sealed private contract freely entered into by and between Debtor and Secured Party as registered herewith;

2) This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or in part, without the express written consent of Secured Party;

3) Debtor is the Surety for Secured Party, and this Security Agreement constitutes the Indemnity Bond in favor of Secured Party, in regards to the matter to which the attached Commercial Dishonor pertains;

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO AGENT IS NOTICE TO THE PRINCIPAL

Secured Party accepts Debtor's signature in accordance with UCC 1-201(39), 3-401, 3-402.

Dated: _____ May 25, _____, 2007_ A.D.

Henry J. Sadowski
_____
Debtor:

Secured Party: _____

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Director of Tort
Tort Branch, Civil Division
U.S. Department of Justice
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by ( Printed Name )        C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0003 6763 4099

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

B

Item No 338354 - M-R1-A1
Tort claim No TRT-NER-2007-01870

Director of Tort
Tort Branch, Civil Division
U.S. Department of Justice
Washington D.C. 20530
USA INC.

May 30, 2006 A.D.

DIRECT RESPONSE TO:
Jesse McKinley Carter Jr(c) - Auth. Rep.
Secured Party; non-assumpsit/TDC:
Federal Correctional Institution Fairton
Post Office Box [420]
Fairton [08320] Without recourse
New Jersey Republic
USMS No.: [06545-052]
USA INC.

RE: Tort Claim
    Item No.: 338359-F1-R1-A1

## S T A T U S   N O T I C E

To whom it may concern:

   I, Jesse McKinley Carter Jr(c)., respectfully submit this notice requesting the status of the above mention tort claim.

   The attached form 95 marked exhibit (A), was received by your office on March 24 2006 A.D., see attached exhibit marked (B).


   Thank you for your time and attention in this matter.




                    Respectfully submitted

                    *Jesse McKinley Carter* f/o auth. Rep.
                    Jesse McKinley Carter Jr(c) - Auth. Rep.




Cc:File/JMCJ(C)



B1

Tort Branch, Civil Division
U.S. Department of Justice
Washington DC 20530
USA INC.


August 10, 2006 A.D.

DIRECT RESPONSE TO:
Jesse McKinley Carter Jr(c)
Secured Party; non-assumpsit/TDC:
Federal correctional Institution
Post office Box [420]
Fairton [08320] Without recourse
New Jersey Republic
USMS No.: [06545-052]
USA INC.

Re: Tort Claim No.
Item No.: 338359-F1-R1-A1


### SECOND STATUS NOTICE

To whom it may concern:

I, Jesse McKinley Carter Jr(c), respectfully submit this Second Notice requesting the status of the attached tort Claim.

The Attached Tort was received by you office on March 24, 2006 A.D. see the attached certified mail receipt marked (A).

On or about May 30, 2006 A.D. I sent a Statue Notice requesting the same as above, see attached marked (B).

With no response to the above referenced Notice or Tort this Second request follows.

thank you for your time and attention in the above referenced matters.


Respectfully Submitted

Jesse McKinley Carter Jr(c).
Certified Mail No. 7005 1160 0000 0304 6847


Cc: File/JMCJ




Federal Bureau of Prisons
Tort Branch, Claims Division
Room 754, Holc.
320 First Street
Washington D.C. 20534

DIRECT RESPONSE TO:
Jesse McKinley Carter Jr(c)
non-assumpsit/TDC:
Federal Correctional Institution
Post Office Box [420]
Fairton [08320]
New Jersey
USMS No.: [06545-052]

December 6 2006 A.D.

Re: <u>Tort Claim</u>
<u>Item No.: 338359-F1-R1-A1</u>

**N O T I C E**

To whom it may concern:

I, Jesse McKinley Carter Jr(c), respectfully submit this notice with attached Tort Claim that was mailed to the Director of Tort, Tort Branch, Civil Division, U.S. Department of Justice on March 24, 2005 A.D. See attached Status Notices.

With no response to date, I had my Legal representative call the Tort Division requesting the status of the attached Tort Claim. It has been brought to my attention that the above referenced Tort Claim should have been mailed to your office and I should submit it now.

Whereby, I am respectfully submitting the enclosed Tort Claim to your office for filing. Enclosed is a new form 95 with attached issues and evidence in support.

Thank you for your time and attention in this matter.

RECEIVED

DEC 1 5 2006

BUREAU OF PRISONS
OGC/LITIGATION BRANCH

Thank you respectfully submitted

Jesse McKinley Carter Jr(c)
Notice No.: 70051160000003048797

Cc: file/jmcj(c)

B3          FAT

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheets(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-C008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: Federal Bureau of Prisons Tort Branch, Claims Division Room 754, Holc. 320 First Street Washington D.C. 20534 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Jesse McKinley Carter Jr(c), non-assumpsit/TDC: USMS No.: [06545-052] Federal Correctional Institution Fairton Post Office Box [420] Fairton [08320] New Jersey |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 02/09/63 | 5. MARITAL STATUS PRIVATE | 6. DATE AND DAY OF ACCIDENT April 29, 2004 to the present | 7. TIME (A.M. or P.M.) Continuing |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

This Claim is against the Federal Bureau of Prisons, Jonathan C. Miner, Warden at Federal Correctional Institution Fairton, D. Scott Dodrill, Northeast Regional Director, and Harrell Watts, Administrator, National Inmate Appeals. United States Department of Justice. for failing to produce proof of Jurisdiction to hold Claimant. **See attached form 95, Notice of Tort, Commercial Affidavit of Truth, Affidavit of Negative Averment and Affidavit in support of Exhibits Item No.: 338359-F1-R1-A1. Continue on next page.**

RECEIVED

DEC 15 2006

BUREAU OF PRISONS OGC LITIGATION BRANCH

**9.**                                    PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.) **See attached form 95, Notice of Tort, Commercial Affidavit of Truth, Affidavit of Negative Averment and Affidavit in support of Exhibits Item No.:338359 -F1-R1-A1. Continue on next page.**

**10.**                         PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See attached from 95, Notice of Tort, Commercial Affidavit of Truth, Affidavit of Negative Averment and Affidavit in support of Exhibits Item No.: 338359-F1-R1-A1 Continue on next page.

**11.**                                    WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Clayton Smith Kenneth Hood | 298 West 149th Street, Suite 3C, New York 10039 491 Dekalb Avenue, Brooklyn New York 11205 |

**12.** (See instructions on reverse)          AMOUNT OF CLAIM (In dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $10,000,000.00 | $10,000,000.00 | N/A | $20,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM:

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Jesse McKinley Carter Jr | 13b. Phone number of signatory N/A | 14. DATE OF CLAIM April 29, 2006 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of 2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-109
Previous editions not usable.          NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2

B3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent<br> □ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br> 12/12/06 |
| 1. Article Addressed to:<br><br>**Federal Bureau of Prisons**<br>**Tort Claims Division**<br>**Room 754 HOLC.**<br>**320 First Street**<br>**Washington D.C. 20534**<br>**Item No.: 338359-F1-R1-A1** | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No |
| | 3. Service Type<br>☒ Certified Mail  □ Express Mail<br>□ Registered  ☒ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number<br>(Transfer from service label)  **7005 1160 0000 0304 8797** | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154





# 𝕬𝖕𝖔𝖘𝖙𝖎𝖑𝖑𝖊

### (Convention de La Haye du 5 Octobre 1961)

1.    Country:    **United States of America**

      This public document

2.    has been signed by **Herbert Lupka**

3.    acting in the capacity of **Acting County  Clerk**

4.    bears the seal/stamp of the county of **Kings**

# 𝕮𝖊𝖗𝖙𝖎𝖋𝖎𝖊𝖉

5.    At New York, New York        6.    the 26th day of January 2006

7.    by Special Deputy Secretary of State, State of New York

8.    No. NYC-10416612A

9.    Seal/Stamp                    10.    Signature



_____

James Bizzarri
**Special Deputy Secretary of State**



A

State of New York
County of Kings

6474

Form 1

I, WILBUR A. LEVIN, Clerk of the County of Kings, and also Clerk of the Supreme Court for the said County, the same being a Court of Record, having a seal, DO HEREBY CERTIFY, That

...... Emma S. Smith ......

whose name is subscribed to the deposition, certificate of acknowledgment or proof of the annexed instrument, was at the time taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of his appointment and qualifications, and his autograph signature, have been filed in my office; that as such Notary Public he was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State; to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public, or have compared the signature on the annexed instrument with his autograph signature deposited in my office, and believe that the signature is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said Court and County this .......... day of .......... 20 ....

INTERIM COUNTY CLERK

Clerk

HERBERT S. LUPKA

NOV 9 2005

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of ___New York_____

County of ~~Kings~~ _King_____ } ss.

I, _Jesse McKinley Carter Jr.(c)___ hereby swear (or affirm) that the
     Name of Custodian of Original Document

attached reproduction of _CLAIM FOR DAMAGE, INJURY, OR DEATH FORM 95_ is a true,
                          Description of Original Document

correct and complete photocopy of a

document in my possession.

_Jesse McKinley Carter Jr. all rights esq._
Signature of Custodian of Original Document

144-35 226th Street Jamaica NY 11413
Address

Subscribed and sworn to (or affirmed)

before me on this ___4th___ day of
                    Date

_November_____, _2005_.
Month            Year

_Jimmy L. Smith_____
Signature of Notary Public

_Jimmy L. Smith_

**JIMMY L. SMITH**
**Notary Public, State of New York**
**No. 01SM6035858**
**Qualified in Kings County**
**Commission Expires January 10, 2006**

Place Notary Seal Above

---
## — OPTIONAL —
---

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _CLAIM FOR DAMAGE, OR DEATH FORM 95  (B.O.P.)_

Document Date: _____ Identifying No.: _338359-F1-R1-A1._ No. of Pages: _62_

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual
☐ Corporate Officer — Title: _____
☐ University or School Officer — Title: _____
☐ Governmental Officer or Agent — Title: _____
☐ Business Proprietor or Manager
☐ Attorney
☐ Trustee
☒ Other: _Secured Party/Creditor_____

Custodian Is Representing: _JESSE MCKINLEY CARTER JR.(c)_

RIGHT THUMBPRINT OF CUSTODIAN
Top of thumb here

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Director of Tort<br>Tort Branch; Civil Division<br>U.S. Department of Justice<br>Washington, D.C. 20530 | Jesse McKinley Carter Jr.(c), Authorized Rep<br>Secured Party; non-assumpsit/TDC:<br>Federal Correctional Institution Fairton<br>Post-Office-Box-[420]-Fairton near [08320]<br>New Jersey Republic, USMS No.:[06545-052] |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH<br>02/09/63 | 5. MARITAL STATUS<br>PRIVATE | 6. DATE AND DAY OF ACCIDENT<br>April 29, 2004 to the present | 7. TIME (A.M. OR P.M.)<br>Continuing |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

See Attached Notice of Tort, Commercial Affidavit of Truth, Affidavit of Negative Averment and Affidavit in Support of Exhibits. Item No.: 338359-F1-R1-A1 continue on next page

RECEIVED

FEB 6 2007

DEC 15 2006

BUREAU OF PRISONS
OGC LITIGATION BRANCH

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)    See Attached Notice of Tort, Commercial Affidavit of Truth. Affidavit of Negative Averment and Affidavit in Support of Exhibits continue on next page

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See Attached Notice of Tort, Commercial Affidavit of Truth, Affidavit of Negative Averment and Affidavit in Support of Exhibits. Item No.: 338359-F1-R1-A1 continue on next page

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
| Clayton Smith | 298 West 149th Street, Suite 3C, New York NY 10039 |
| Kenneth Hood | 491 Dekalb Avenue, Brooklyn New York 11205 |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| $10,000,000.00 | $10,000,000.00 | N/A | $20,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| *Jesse McKinley Carter jr* | PRIVATE | 11-2-2005 A.E |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.                NSN 7540-00-634-4046                STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE

Jesse Mckinley Carter Jr.(c) - Auth. Rep.
Secured Party; non-assumpsit/TDC:
Federal Correctional Institution Fairton
Post Office Box [420]
Fairton [08320] Without recourse
New Jersey Republic
USMS No.: [06545-052]

**NOTICE OF TORT CLAIM**

_11-2-_ 2005 A.D.

Director of Tort
Tort Branch; Civil Division
U.S. Department of Justice
Washington, D.C. 20530

*Certified Mail*
**No:** 7005 1820 0003 6763 4099
**Return Receipt Requested**

Item No.: 338359-F1-R1-A1.

Claimant: Jesse McKinley Carter Jr.(c) - Authorized Representative
Date of Loss: On or about April 29, 2004 A.D.

Dear Sir/Madam:

    Jesse McKinley Carter Jr.(c), hereinafter "Claimant," is the Secured Party
of the Debtor "JESSE MCKINLEY CARTER JR.(c)," and herein submits and files this
Claim for Damages arising from Claimant's natural rights guaranteed in the Constitution
for the united States, 5th Amendment due to Tortfeasor's violation of due process
of law, obstruction of justice, unlawful detention, false imprisonment, kidnapping,
threat, duress, coercion, harassment, detriment of character and emotional, physical
and mental anguish upon Claimant, contrary to Claimant's rights and interests, as
guaranteed in said Amendment of the Constitution and Laws for the united States and/
or to his person, rights and property to wit:

1.    On or about April 29, 2004 A.D., through and continuing, within the State
of New Jersey, Fairton, Philadelphia Pennsylvania and Washington D.C., when without
probable cause, Claimant's rights were violated by Jonathan C. Miner, Warden at
Federal Correctional Institution, Fairton. D. Scott Dodrill, Northeast, Regional
Director, and Harrell Watts, Administrator, National Inmate Appeals, hereinafter
Tortfeasor's, employed by the Federal Bureau of Prisons, United States Department of
Justice, failed or refused to respond to the Administrative Process Package ID No.:
338359-F1-R1-A1. to prove Jurisdiction over Claimant, did violate the above referenced
laws and Constitution in and for the united States of America, all without probable
cause.

2.    On or about April 29, 2004 A.D., in a effort to validate the said Jurisdiction
of the Judgement that Claimant is being detained on by the Federal Bureau of Prisons.
Claimant submitted a Administrative Remedy BP-8, Informal Resolution Form, with
exhibits, to Unit B-L Correctional Counselor, Kuhn. In Said BP-8, Claimant averred
that, the Fraudulent Amended Judgement in a criminal case is void for fraud, and has
been returned to the United States District Court for the Northern District of New
York. Claimant demanded to be released form the custody of the Federal Bureau of

NOTICE OF TORT CLAIM
Page 1 of 5



Prisons FCI Fairton. The above mention complaint could not be resolved informally by Claimant and Counselor Kuhnn, (as evidenced by the attached exhibit marked 33 Thru 44 ).

3.    On or about June 22, 2004 A.D., Claimant submitted a BP-9 Request for Administrative Remedy to Jonathan C. Miner, Warden of Federal Correctional Institution, Fairton. In said BP-9, Claimant averred to be released from detainment by the Federal Bureau of Prisons, based on the fraudulent Amended Judgement in a criminal case, which is void for fraud. Claimant further averred that, there is no Jurisdiction by which the Federal Bureau of Prisons could further detain Claimant without threat, duress and coercion, (as evidenced by the attached incorporated exhibits marked 1 thru 4. Claimant averred that, Claimants release could be obtained by Tortfeasor under Title 18 U.S.C.§ 3582(c)(1)(A). Claimant averred to Tortfeasor, in the event that Tortfeasor fails to respond to any points rased in the herein Administrative Remedy with attached exhibits 1 thru 4, and A-1 thru A-12. The same shall constitute Claimant's and Tortfeasor's agreement as an operation of law, between Tortfeasor and Claimant, that all said averments are true, correct, and complete, stare decisis. Thereafter, Tortfeasor shall be prevented from, barred from, and estopped by Tortfeasor's own acts and actions from denying controverting, or other wise, protesting this Administrative Remedy in any subsequent Administrative or Judicial proceeding(s). In the attached exhibit, marked exhibit 1 of 4, incorporated herein the above mention Administrative Remedy. Claimant advised Tortfeasor that, failure to timely rebut this request for administrative remedy, with Trotfeasor's own sworn Affidavit, shall constitute Tortfeasor's entry into default and estoppel, whereupon Tortfeasor shall be 1) Estopped from denying knowledge of any fact or law set forth in this request for administrative remedy; 2) Estopped from alleging the falsity of any claims made in the request for administrative remedy; 3) Estopped from exercising any alleged "statutory" Jurisdiction over Claimant; 4) Estopped from enforcement of any alleged "statutory" or "Penal" laws upon Claimant; 5) Estopped from disputing Claimants right to default judgment of dismissal with vacator/expunction/destruction of any and all records of alleged proceedings in all cases referenced in the attached exhibit A-1 thru A-12; as Tortfeasor is also 6) Estopped from denying that any and all records of such proceedings and cases are fictitious and fraudulent, being based wholly upon false presumptions, fictions of law, presumptive waivers and unlawful adhesion contracts, and therefore libellous and defamatory to Claimant, and an unlawful deprivation of Claimant's unalienable rights as an American State Citizen, Natural and Domiciliary of a free American Republic. (as evidenced by the attached exhibits marked 27 Thru 32).

4.    On or about July 7, 2004 A.D., Claimant received a response from Tortfeasor Stating: that the mention Judgment has been verified with the Clerk of Court, and is authorization to incarcerate Claimant, for the time ordered by the Court, and if Claimant is dissatisfied with Tortfeasor's response, Claimant may appeal. Whereby Tortfeasor's response is not in compliance, and a violation of the terms averred in the original above referenced submissions. (as evidenced by the attached exhibit marked 26 ).

5.    On or about July 12, 2004 A.D., in an effort to validate Claimant's present Confinement. Claimant submitted a Regional Administrative Remedy Appeal BP-10, to the Northeast  Regional Director, D. Scott Dodrill, hereinafter Tortfeasor averring that, Tortfeasor warden of FCI Fairton, non-response to all of the points in the



attached issues presented in the Request for Administrative Remedy BP-9, with exhibits constitutes an agreement, and requested to be released from detainment based on the above referenced agreement, between Claimant and Tortfeasor Warden of FCI Fairton. Claimant averred if validation cannot be obtained, release is the only remedy. In the event that, Tortfeasor Northeast Regional Director, fails to respond to any and all of the points raised in the herein BP-10 with attached BP-9 with attached exhibits 1 thru 4 and A-1 thru A-12. The same shall constitute Claimant's and Tortfeasor Northeast Regional Directors agreement, as an operation of law between Tortfeasor Northeast Regional Director and Claimant that all said averments are true, correct, certain, and complete stare decisis. Silence to any fact shall be equated with fraud, and accordingly, silence by any Tortfeasor shall create the presumption that such Tortfeasor is aware of such fraud and attempting to hide the fact. Which constitutes admission that any such Tortfeasor has voluntary entered into a conspiracy to defraud Claimant of his rights acquired at birth from God Almighty. (as evidenced by the attached exhibits marked  24 & 25 ).

6.    On or about August 19, 2004 A.D. Claimant received a boilerplate response from Tortfeasor Northeast Regional Director. Whereby Tortfeasor's response is not in compliance with the averred points and authorities of law, and a violation of the terms averred in the above referenced "5". (as evidenced by the attached exhibits marked ___23___ ).

7.    On or about August 28, 2004 A.D., in an further effort to validate Claimant's confinement, Claimant submitted a Central Office Administrative Remedy Appeal, BP-11 to Harrell Watts, hereinafter Tortfeasor, Administrator National Inmate Appeals, averring that, Tortfeasor Warden FCI Fairton, and Tortfeasor Northeast Regional Director, have failed to respond to all the points in the above referenced Administrative Remedies BP-9, and BP-10, with exhibits constitutes an agreement that the above referenced Tortfeasor's have now stipulated to all of the facts presented in the above referenced "3", and "5" that they are true, correct, certain, and complete stare decisis. Claimant averred that, this agreement is now an operation of law between Tortfeasor's and Claimant. Claimant requested to be released form detainment. Claimant averred that Tortfeasor's had the opportunity to obtain the information that Claimant requested in the above referenced exhibits marked 1 thru 4 and A-1 thru A-12, to validate Claimant's confinement and have failed. Tortfeasor's failure constitutes an agreement that all Claimant's averments in the herein referenced "3", "5", and "7", are true, correct, certain, and complete. In the event that Tortfeasor Administrator National Inmate Appeals, fails to respond to any and all of the points/facts raised in the herein BP-11 with attached BP-9 and BP-10 with attached exhibits 1 thru 4 and A-1 thru A-12, the same shall constitute Claimant's and Tortfeasor's agreement as an operation of law, that all referenced averments are true, correct, certain, and complete stare decisis. Whereupon, Tortfeasor Administrator National Inmate Appeals, shall be prevented by his own act and actions from denying controverting or other wise protesting this Central Office Administrator Remedy Appeal BP-11 in any subsequent Administrative or Judicial proceeding(s). (as evidenced by the attached exhibits marked  21 & 22 ).

8.    On or about October 15, 2004 A.D., Claimant received a boilerplate response from Tortfeasor Administrator National Inmate Appeals, stating that Tortfeasor Warden FCI Fairton, and Tortfeasor Northeast Regional Director, was found to be valid, denying relief sought by Claimant. Tortfeasor's are now in agreement by default, that silence

NOTICE OF TORT CLAIM
Page 3 of 5



to any fact shall be equated with fraud, and accordingly, silence by any Tortfeasor shall create the presumption that such Tortfeasor is aware of such fraud and attempting to hide the fact, which constitutes admission that any such Tortfeasor, has voluntarily entered into a conspiracy to defraud Claimant of Claimant's rights acquired at birth from God Almighty, and as such constitutes an unlawful act by which any such Tortfeasor shall be divested of any official immunity from suite by Claimant for injuries due to such conspiracy and fraud. (as evidenced by the attached exhibit marked _ 20   ).

**9.**     On or about March 23, 2005 A.D., Claimant submitted a Affidavit - Notice of Default, under Notary Seal, with attached Dishonor Settlement Agreement No.:338359-F1-R1-A1, to Tortfeasor Administrator National Inmate Appeals. Noticing Tortfeasor of default and Noticing Tortfeasor of the 72 hour time limit to cure Tortfeasor's fault, and thereby with draw from the above referenced agreements in said Administrative Remedies, or be bound by default. Claimant averred that Tortfeasor's fault may only be cured by compliance with the terms of the original Administrative Remedies. Claimant averred that, Tortfeasor's are now required to respond to Claimant's Notary Public, non-response will be stare decisis, and no further Notice would be necessary. (as evidenced by the attached exhibits marked 12 Thru 19   ).

**10.**     On or about June 24, 2005 A.D., Claimant submitted a Certificate of Notarial Protest, with Certificate of Default (Evidence of Dishonor), from Claimant's Notary to Tortfeasor Administrator National Inmate Appeals. In said Notice Claimant's Notary averred that, Tortfeasor's have failed to respond to any of the above referenced "2", "3", "5", "7", and "9", as requested. Thereby Claimant's Notary has entered the above referenced "10", for fail performance, issued under Notary Seal against Tortfeasor's for Fraud. (as evidenced by the attached exhibits marked 7 Thru 11   ).

**11.**     On or about July 25, 2005 A.D., Claimant received a Notice from Tortfeasor Administrator National Inmate Appeals, stating: that the above referenced boilerplate responses are the final agency position, and Claimant could pursue any legal recourse Claimant deems appropriate. Claimant Accepted this response for value and returned it for settlement/agreement for this uncontested Tort Claim. (as evidenced by the attached exhibits marked  4 Thru 6   ).

**12.**     Tortfeasor's non-response warrants this claim for damages arising from Claimant's Natural rights guaranteed in the Constitution for the united States 5th Amendment, due to Tortfeasor's violation of due process of law, obstruction of justice, unlawful detention, false imprisonment, kidnapping, threat, duress, coercion, harassment, detriment of character, and emotional, physical and mental anguish, all without probable cause upon Claimant contrary to Claimant's rights and interests as guaranted in said Constitution.

As so averred above, the Administrative Remedies are not judicial, they are private between the Tortfeasor's and Claimant. Tortfeasor's have a sworn duty under the united States Constitution, to uphold the said Constitution by Oath of Office, in which the Tortfeasor's have now violated.

The said Affidavits and Notices/Administrative Remedies, has been verified by the above referenced Notaries; the County Clerk of New York State; also by the Secretary of New York State. The above referenced Administrative Remedies have been recorded in the County recorders office, and are uncontested by the Public. (as evidenced by the attached exhibits marked  1 Thru 3   ).

NOTICE OF TORT CLAIM
Page 4 of 5



Copy to:

_____
Witness signature

1-20-06
_____
Date

_____
Witness signature

1 - 20 - 06
_____
Date

## A C K N O W L E D G E M E N T

SUBSCRIBED AND SWORN before me this 20 day of January , A.D., ~~2005~~ 2006
Wahab Bibi Sabrina , My commission Expires 3-4-2006 .
State of New York , County of Kings .
Behi Sabri . Wahab .

Wahab Bibi Sabrina
Notary Public, State of New York
No. 01WA6070365
Qualified in Kings County
Commission Expires 03-04-2006

NOTICE OF TORT CLAIM
Page 5 of 5



# *COMMERCIAL*
# **AFFIDAVIT OF TRUTH**

State of New Jersey     )
                      ) ss.:
County of Cumberland   )

I, Jesse McKinley Carter Jr.(c), being first duly sworn and says:

1.    That I am the Secured Party/Creditor of the Debtor JESSE MCKINLEY CARTER JR.(c), ENS LEGIS (Straminus homo).

2.    That as Secured Party, I have a priority interest in protecting the property and property right(s) of both the Debtor and the Secured Party.

3.    That I am the creditor/principal holding claim and priority lien interest to the Debtor. (see attached-UCC-1 Financing Statement, UCC-3 Amendment Statement, marked <u>1 Thru 3</u> ).

4.    That on or about April 29, 2004 A.D., through and continuing, within the State of New Jersey, Fairton, State of Philadelphia Pennsylvania and Washington D.C., when without probable cause, Claimant's rights were violated by Jonathan C. Miner, Warden at Federal Correctional institution, Fairton. D. Scott Dodrill, Northeast, Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, hereinafter (Tortfeasors) at the Federal Bureau of Prisons, United States Department of Justice.

5.    That on or about April 29, 2004 A.D., in an to validate the said Jurisdiction of the judgement that Claimant is being detained on by the Federal Bureau of Prisons. Claimant submitted a Administrative Remedy BP-8, Informal Resolution Form, with exhibits to Unit B-L Correctional Counselor Kuhn.

6.    That Claimant averred that, the fraudulent Amended Judgement in a Criminal case is void for fraud, and has been returned to the United States District Court for the Northern District of New York. Claimant demanded to be released form the custody of the Federal Bureau of Prisons FCI Fairton. This could not be resolved informally. (as evidenced by the attached exhibits marked <u>33 Thru 44</u>).

7.    That on or about June 22, 2004 A.D., Claimant submitted a BP-9 Request for Administrative Remedy to Jonathan C. Miner, Warden of Federal Correctional Institution Fairton. In said BP-9, Claimant averred to be released from detainment by the Federal Bureau of Prisons, based

on the fraudulent Amended Judgement in a criminal case, which is void for fraud.

8.    That Claimant further averred that, there is no Jurisdiction by which the Federal Bureau of Prisons could further detain Claimant without threat, duress, and coercion, (as evidenced by the attached incorporated exhibits marked 1 Thru 4. Claimant averred that, Claimants release could be obtained by Tortfeasor under Title 18 U.S.C. § 3582(c)(1)(A).

9.    That Claimant averred to Tortfeasor, in the event that Tortfeasor fails to respond to any points raised in the herein Administrative Remedy with attached exhibits 1 Thru 4, and A-1 Thru A-12. The same shall constitute Claimant's and Tortfeasor's agreement as an operation of law, between Tortfeasor and Claimant, that all said averments are true, correct, and complete, stare decisis. Thereafter, Tortfeasor shall be prevented from, barred from, and estopped by Tortfeasor's own acts and actions from denying controverting, or other wise, protesting this Administrative Remedy in any subsequent Administrative or Judicial proceeding(s).

10.    That in the attached exhibits, marked exhibit 1 of 4, incorporated herein the above mention Administrative Remedy. Claimant advised Tortfeasor that, failure to timely rebut this request for Administrative Remedy, with Tortfeasor's own sworn Affidavit, shall constitute Tortfeasor's entry into default and estoppel. Whereupon Tortfeasor shall be 1) Estopped from denying knowledge of any fact or law set forth in this request for administrative remedy; 2) Estopped from alleging the falsity of any claims made in the request for administrative remedy; 3) Estopped from exercising any alleged "statutory" Jurisdiction over claimant; 4) Estopped from enforcement of any alleged "statutory" or "Penal" laws upon Claimant; 5) Estopped from disputing Claimants right to default judgement of dismissal with vacator/expunction/destruction of any and all records of alleged proceedings in all cases referenced in the attached exhibits A-1 Thru A-12; as Tortfeasor is also 6) Estopped from denying that any and all records of such proceedings and cases are fictitious and fraudulent, being based wholly upon false presumptions, fictions of law, presumptive waivers and unlawful adhesion contracts, and therefore libellous and defamatory to Claimant. (as evidenced by the attached exhibits marked 27 Thru 32 ).

12.    That on or about July 7, 2004 A.D., Claimant received a response from Tortfeasor stating: that the above mention Judgement has been verified with the clerk of Court, and is authorization to incarcerate Claimant. Claimant accepted Tortfeasor's response to the above referenced "7" Thru "10". as a non-response and appealed to the Northeast Regional Director D. Scott Dodrill. (as evidenced by the attached exhibit marked  26  )

13.    That  on or about July 12, 2004 A.D., in an effort to validate Claimant's

COMMERCIAL
AFFIDAVIT OF TRUTH
Page 2 of 6



present confinement. Claimant submitted a Regional Administrative Remedy Appeal BP-10, to the Northeast Regional Director, D. Scott Dodrill, hereinafter Tortfeasor averring that, Tortfeasor Warden of FCI Fairton, non-response to all of the points in the attached issues presented in the Request for Administrative Remedy BP-9, with exhibits constitutes an agreement, and requested to be released from detainment based on the above referenced agreement, between Claimant and Tortfeasor Warden FCI Fairton.

14.   That Claimant averred if validation cannot be obtained, release is the only remedy. In the event that Tortfeasor Northease Regional Director, fails to respond to any and all of the points raised herein BP-10 with attached BP-9 with attached exhibits 1 Thru 4 and A-1 Thru 12. The same shall constitute Claimant's and Tortfeasor Northeast Regional Directors agreement, as an operation of law between Tortfeasor Northeast Regional Director and Claimant that all said averments are true, correct, certain, and complete stare decisis.

15.   That silence to any fact shall be equated with fraud, and accordingly, silence by any Tortfeasor shall create the presumption that such Tortfeasor is aware of such fraud and attempting to hide the fact. Which constitutes admission that any such Tortfeasor has voluntary entered into a conspiracy to defraud Claimant of his rights acquired at birth from God Almighty. (as evidenced by the attached exhibits marked  24 & 25 ).

16.   That on or about August 19, 2004 A.D., Claimant received a biolerplate response from Tortfeasor Northeast Regional Director. Whereby Tortfeasor's response is not in compliance with the averred points and authorities of law, and a violation of the terms averred in the above referenced "13". (as evidenced by the attached exhibit marked   23  ).

17.   That on or about August 28, 2004 A.D., in a further effort to validate Claimant's confinement, Claimant submitted a Central Office Administrative Remedy Appeal BP-11 to Harrell Watts, hereinafter Tortfeasor, Administrator National Inmate Appeals, averring that, Tortfeasor Warden FCI Fairton, and Tortfeasor Northeast Regional Director, have failed to respond to all the points in the above referenced Administrative Remedies BP-9, and BP-10, with exhibits the above referenced Tortfeasors, have now constitutes an agreement that the above referenced Tortfeasors, have now stipulated to all of the facts presented in the above referenced "7", and "13", that they are true, correct, and complete stare decisis.

18.   That Claimant averred, this agreement is now an operation of law between Tortfeasor's and Claimant. Claimant requested to be released from detainment. Claimant averred that Tortfeasor's had the opportunity to obtain the information that Claimant requested in the above referenced exhibits marked 1 Thru 4 and A-1 Thru A-12, to validate Claimant's

COMMERCIAL
AFFIDAVIT OF TRUTH
Page 3 of 6

confinement and have failed. Tortfeasor's failure constitutes an agreement that all Claimant's averments in the herein referenced "7", "13", and "17", are true, correct, certain, and complete.

19. That in the event that Tortfeasor Administrator National Inmate Appeals, fails to respond to any and all of the points/facts raised in the herein BP-11 with attached BP-9 and BP-10, with attached exhibits 1 Thru 4 and A-1 Thru A-12, the same shall constitute Claimant's and Tortfeasor's agreement as an operation of law, that all referenced averments are true, correct, certain, and complete stare decisis. Whereupon, Tortfeasor Administrator National Inmate Appeals, shall be prevented by his own act and actions from denying controverting or other wise protesting this Central Office Administrative Remedy Appeal BP-11 in any subsequent Administrative or Judicial proceeding(s). (as evidenced by the attached exhibits marked _21 & 22_ ).

20. That on or about October 15, 2004 A.D., Claimant received a biolerplate response form Tortfeasor Administrator National Inmate Appeals, stating that Tortfeasor Warden FCI fairton, and Tortfeasor Northeast Regional Director, was found to be valid, denying relief sought by Claimant. Tortfeasor's are now in agreement by default, that silence to any fact shall be equated with fraud, and accordingly, silence by any Tortfeasor shall create the presumption that such Tortfaesor is aware of such fraud and attempting to hide the fact, which constitutes admission that any such Tortfeasor, has voluntarily entered into a conspiracy to defraud Claimant of Claimant's rights acquired at birth from God Almighty, and as such constitutes am unlawful act by which any such tortfeasor shall be divested of any official immunity from suite by Claimant for injuries due to such conspiracy and fraud. (as evidenced by the attached exhibits marked ___20___ ).

21. That on or about March 23, 2005 A.D., Claimant submitted an Affidavit – Notice of Default, under Notary Seal with attached Dishonor settlement Agreement No.: 338359-F1-R1-A1, to Trotfeasor Administrator National Inmate Appeals. Noticing Tortfeasor of default and Noticing Tortfeasor of the 72 hour time limit to cure Tortfeasor's fault, and thereby with draw from the above referenced agreements in said Administrative Remedies, or be bound by default. Claimant averred that Tortfeasor's fault may only be cured by compliance with the terms of the original Administrative Remedies. Claimant averred that, Tortfeasor's are now required to respond to Claimant's Notary Public, non-response will be stare decisis, and no further Notice would be necessary. (as evidenced by the attached exhibits marked 12 Thru 19 ).

22. That on or about June 24, 2005 A.D., with on response form Tortfeasor to the above referenced "12". Claimant submitted a Certificate of Notarial Protest, Certificate of Default (Evidence of Dishonor), from Claimant's Notary to Tortfeasor Administrator National Inmate Appeals.

In said Notice, Claimant's Notary averred that, Tortfeasor's have failed to respond to any of the above referenced "7", "13", "17", and "21", as requested. Thereby Claimant's Notary has entered the above referenced "22", for failed performance. issued under Notary Seal against Tortfeasor's for fraud. (as evidenced by the attached exhibits marked 7 Thru 11 ).

23.     That on or about July 25, 2005 A.D., Claimant received a Notice from Tortfeasor Administrator National Inmate Appeals, stating that the above referenced boilerplate responses "12", "16", and "20", are the final agency position, and Claimant could pursue any legal recourse Claimant deems appropriate. Claimant accepted this response for value and returned it for settlement. (as evidenced by the attached exhibits marked   4 Thru 6 ).

24.     That the above referenced Administrative Remedies has been accepted for value and is exempt from levy, and is the personal property of the Debtor. Whereby Secured Party holds all interest, and this case/account has been placed in the local chamber for commercial registration of the equal exchange in accord with public policy HJR-192 and UCC § 10-104 also Public Law 73-10. these Administrative Remedies have been apostilled by the Secretary of New York State, and filed in the County Recorders Office. (as evidenced by the attached exhibits marked 1 Thru 3 ).

25.     That Jonathan C. Miner, Warden of Federal Correctional Institution, Fairton, D. Scott Dodrill, Northeast Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, "Tortfeasor's" in there act(s) did cause injury and damage arising from Claimant's natural rights guaranteed in the Constitution for the united States, 5th Amendment due to Tortfeasor's violation of due process of law, obstruction of justice, unlawful detention, false imprisonment, Kidnapping, threat, duress, coercion, harassment, detriment of character and emotional, physical and mental anguish upon Claimant.

26.     That said damages are real and approximate as so enumerated on STANDARD FORM 95, in and for this private matter, re: Claim for damages, attached herein, and damages set at $ 20.000.000,00 in USD.

WHEREFORE, this Commercial Affidavit of Truth supports Claimant's Tort Notice and Claim for damages and is True, Correct, and Certain.

Further, Affiant sayeth not.

_Jesse pickerly Cit Secured Party_
Affiant/Claimant - Secured Party/Creditor

_(witness signature)_
Witness signature

1-20-06
Date

_(witness signature)_
Witness signature

1-20-06
Date

# A C K N O W L E D G E M E N T

2006
SUBSCRIBED TO AND SWORN before me this 20 day of January _____, A.D. 2005

Biki Sabrina Wahab .
Wahab Bibi Sabrina . , Notary

My Commission Expires    3-4-2006    .

State of    NewYork    ,

County of    Kings    .

Wahab Bibi Sabrina
Notary Public, State of New York
No. 01WA6070365
Qualified in Kings County
Commission Expires 03-04-2006

COMMERCIAL
AFFIDAVIT OF TRUTH
Page 6 of 6



# AFFIDAVIT
# OF NEGATIVE AVERMENT

State of New Jersey      )
                         )  ss.:
County of Cumberland     )

I, Jesse McKinley Carter Jr.(c), being first duly sworn and says:

1. That I am the Secured Party/Creditor of the Debtor JESSE MCKINLEY CARTER JR.(c), ENS LEGIS (straminus homo).

2. That as the secured Party, I have a priority interest in protecting the property and property right(s) of both the Debtor and the Secured Party.

3. That I am the creditor/principal holding claim and priority security lien interest on the Debtor. (see attachment-UCC-1 Financing Statement, UCC-3 Financing Statement Amendment marked 1 Thru 3  ).

4. That Jonathan C. Miner, Warden FCI Fairton, D.Scott Dodrill, North-east Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to respond as requested to the Administrative Process Package, BP-8, BP-9, BP-10, and BP-11, No's 338359-F1, R1, & A1, to prove Jurisdiction over Affiant.

5. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill North-east Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to validate the the said Jurisdiction of the Federal Bureau of Prisons, FCI Fairton to confind Affiant, in that the Fraudulent "Amended Judgment" in a criminal case is void for fraud and has been returned to the United States District Court for the Northern District of New York.

6. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill North-east Regional director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has agreed by silence that there is no Jurisdiction by which the Federal Bureau of Prisons, FCI Fairton can further detain Affiant without threat, duress, and coercion.



7. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill, Northeast Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to respond as requested to any points raised in the herein referenced Administrative Remedies, and by Jonathan C. Miner, D. Scott Dodrill, and Harrell Watts's silence has established Affaints and Jonathan C. Miner, D. Scott Dodrill, and Harrell Watts's agreement as an operation of law, that all said averments are true, correct, and complete stare decisis.

8. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill, Northeast Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to respond as requested and has agreed by silence that Jonathan C. Miner, D. Scott Dodrill and Harrell Watts are estopped by their own acts and actions from denying controverting or other wise protesting these Administrative Remedies in any subsequent Administrative or Judicial proceeding(s).

9. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill, Northeast Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to rebut Affiants averments with their own sworn Affidavits as requested, and by there silence has established their entry into default and estoppel.

10. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill, Northeast Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to respond as requested, and by their silence has established that silence to any fact shall be equated with fraud and create the presumption that such Jonathan C. Miner, D. Scott Dodrill and Harrell Watts are aware of such fraud and attempting to hide the fact, which constitutes admission that they have voluntarily entered into a conspiracy to defraud Affiant of Affiant's right(s).

11. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill, Northeast Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to respond as requested, to Affiants Affidavit- Notice of Default within 72 hours and are now bound by default.

12. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill, Northeast Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to respond to Affiant's Notary Public and are now in agreement/default from denying

AFFIDAVIT
OF NEGATIVE AVERMENT
Page 2 of 4



that all of Affiant's averments made herein are true, correct, complete, and certain.

13. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill, North-east Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to cure their fault by compliance with the terms of the original documents/ Administrative Remedies.

14. That Jonathan C. Miner, Warden FCI Fairton, D. Scott Dordrill, North-east Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice has failed or refused to respond to affiant and Affiant's Notaries requests thereby, they have established by silence that they have no valid, lawful bona fide claim/jurisdiction over Affiant stare decisis, and as such constitutes an unlawful act by which all of them shall be divested of any official immunity from suit by Affiant for injuries due to such conspiracy and fraud.

15. That Jonathan C. Miner, Warden FCI Fairton, D.Scott Dodrill, North-east Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, Employed by the Federal Bureau of Prisons, United States Department of Justice, has not adjusted this case pursuant to law. Where upon non-response is an operation of law, and this case is mandatorily discharged.

16. That said actions by Jonathan C. Miner, Warden FCI Fairton, D. Scott Dodrill, Northeast Regional Director, and Harrell Watts, Administrator, National Inmate Appeals, United States Department of Justice, have caused damages, and are real and approximate as so enumerated on the NOTICE OF TORT CLAIM attached hereto in and for this private matter in respect to the damages, set at the sum certain in said Notice of Tort Claim.

WHEREFORE, this Affidavit of Negative Averment supports Claimants' Notice of Tort Claim and is True, Correct, and Certain.

Further, Affiant sayeth not.

Without Prejudice
Authorized Representative, Attorney-In-Fact

Jesse McKinley Carter Jr.(c)-Affiant/Claimant
Secured Party/Creditor in behalf of
JESSE MCKINLEY CARTER JR.(C), ENS LEGIS



AFFIDAVIT
OF NEGATIVE AVERMENT
Page 3 of 4

_JuDrisha Corter_
Witness signature

_11·2·05_
Date

_Joan M. _____
Witness signature

_11·2·05_
Date

# A C K N O W L E D G E M E N T

SUBSCRIBED AND SWORN before me this __2nd__ day of __November__, A.D. 2005

_____, My commission Expires_____

_____. State of _____, County of_____.

**SYLVIA A. OLIPHANT**
**NOTARY PUBLIC, STATE OF NEW YORK**
**No. 01OL6065455**
**Qualified in Kings County**
**Commission Expires October 22, 2009**

AFFIDAVIT
OF NEGATIVE AVERMENT
Page 4 of 4



# Commercial Affidavit
## In Support of Exhibits

State of ~~New Jersey~~ New York )
County of ~~Cumberland~~ Kings ) ss.:

I, Jesse Mckinley Carter Jr.(c), being first duly sworn and says:

That as the Secured Party/Creditor of the Debtor JESSE MCKINLEY CARTER JR.(c), ENS LEGIS (Straminus homo).

That as the Secured Party, I have a priority interest in protecting the property right(s) of both the Debtor and the secured Party.

That this Affidavit in support of the attached exhibits marked ___1___ thru ___73___, are true, correct, and certain.

WHEREFORE, this Commercial Affidavit in support of exhibits supports Claimant's Notice of Tort Claim and is true, correct, and certain.

Further, Affiant sayeth not.

_Jesse Mc. Kinley Carter Jr ©_
Affiant/Claimant - Secured Party/Creditor

_Curtrisha Carter_
Witness signature

_1-20-06_
Date

_Karen W._
Witness signature

_1-20-06_
Date

**ACKNOWLEDGEMENT**

SUBSCRIBED TO AND SWORN before me this _20_ day of _January_, ~~2005~~ 2006 A.D.

_Wahab Bibi Sabrina_, My commission Expires, _3-4-2006_.

State of _New York_, County of _Kings_.

_Bibi Sabrina Wahab._



Wahab Bibi Sabrina
Notary Public, State of New York
No. 01WA6070365
Qualified in Kings County
Commission Expires 03-04-2006

COMMERCIAL AFFIDAVIT
IN SUPPORT OF EXHIBITS
Page 1 of 1

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of ___New York___ ⎫
                          ⎬ ss.
County of ___Richmond___  ⎭

I, ___Jesse McKinley Carter Jr(c).___, hereby swear (or affirm) that the
Name of Custodian of Original Document

attached reproduction of ___Administrative Process-Federal, B.O.P.___ is a true,
Description of Original Document

correct and complete photocopy of a

document in my possession.

_Jesse McKinley Carter_
Signature of Custodian of Original Document

144-35 226th Street Jamaica NY 11413
Address

Subscribed and sworn to (or affirmed)

before me on this ___24___ day of
                       Date

___JUNE___, ___2005___.
    Month          Year

_K_____
Signature of Notary Public

KENNETH HOOD
Notary Public, State of New York
No. 01HO6016249
Qualified in Richmond County
Commission Expires Nov. 16, 20__

Place Notary Seal Above

──────── OPTIONAL ────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: ___Administrative Process-Federal Bureau of Prisons___

Document Date: _____ Identifying No.: ___338359-F1,R1,A1___ No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**

☐ Individual
☐ Corporate Officer — Title: _____
☐ University or School Officer — Title: _____
☐ Governmental Officer or Agent — Title: _____
☐ Business Proprietor or Manager
☐ Attorney
☐ Trustee
☒ Other: ___Secured Party Creditor___

© 2001 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Prod. No. 5923    Reorder: Call Toll-Free 1-800-876-6827



**421440**          **2005 Jun 20 PM07:37**

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #  200309058039598 Filed date: 05-SEP-03 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial)**: Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. ☐ **AMENDMENT (PARTY INFORMATION)**: This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c, also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.
**See Collateral Attachment**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S LAST NAME CARTER | FIRST NAME JESSE | MIDDLE NAME MCKINLEY | SUFFIX JR. |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-200506208225896**

**1**

The following is part of the original filing, as all proceeds, accounts and fixtures of the Notices and Affidavits incorporated herein by reference, are accepted for value and are extend __ in levy and are the personal property of the Debtor, whereby Secured Party holds all interest; Notification of Intent to __ Criminal Affidavit, Ref: United States District Court No.: 3:96CR232 (TJM); United States Court of Appeals, Second Circuit No¿s 96-1198 & 98-1693; with attached Affidavit of Criminal Charges by Witness & Victim of Criminal Activity, with attached exhibits 1, A, B, C, D, E, F, G H, I, J, K, L M N, O, P, and X.; and Dishonor Settlement Agreement No¿s 3:96CR232-02, 3:96CR232-03, 3:96CR232-04, 3:96CR232-05, 3:96CR232-06, 3:96CR232-07, 3:96CR232-08, 3:96CR232-09, 3:96CR232-10, 3:96CR232-11, 3:96CR232-12, Sent To: U. S. Attorney General State of New York Thomas J. Moroney, Certified No. 7004 0750 003 3492 3283, Asst. U.S. Attorney Carl J. Boykin, Certified No. 7004 0750 0083 3492 3306, Asst. U. S. Attorney Thomas E. Booth, Certified No. 7004 0750 0003 3492 6475, Asst. U. S. Attorney Stephen C. Green, Certified No. 7004 0750 0003 3492 3276, U. S. Judge Barrington D. Parker, Certified No. 7004 0750 0001 7768 1005, U. S. Judge, Richard J. Cardamone, Certified No. 7004 0750 0001 7768 1906, U. S. Judge Dennis Jacobs, Certified No. 7004 0750 0001 7768 0015, U. S. Judge Rosemary Pooler, Certified No. 7004 0750 0001 7768 1890, U. S. Ralph K. Winter, Certified No. 7004 0750 0003 3492 6468, U. S. Judge Thomas J. McAvoy, Certified No. 7004 0750 0003 3492 6451, U. S. Judge Gary L. Sharpe, Certified No. 7004 0750 0003 3492 6444; New York Bar Association Certified No. 7003 3110 0003 4230 6917; Administrative Tort Claim, Phyllis J. Pyles, Director, Tort Branch, KPSmith No. 157-16-31821; Administrative Notice to Cure Error, Dishonor Settlement Agreement No. 6802; Notice ¿ Affidavit of Default, Certificate of Notarial Protest, Certificate of Default, (Evidence of Dishonor), Certified No¿s 7004 0750 0003 3492 6802, 7004 2510 1205 9192, 7004 0750 0003 3492 4549; Federal Bureau of Prisons Inmate Number 06545-052; Federal Bureau of Prisons, Harrell Watts, Administrator National Inmate Appeals, for the General Counsel, Dishonor Settlement Agreement No. 3387359-F1, R1, A1; Affidavit ¿ Notice of Default, Certified No. 7004 0750 0003 3492 5157, Certificate of Notarial Protest, Certificate of Default ( Evidence of Dishonor), Certified No. 7004 0750 0003 3492 4549; which are placed in the local chamber for commercial Registration of the equal exchange, this equal exchange is in accord with Public Policy HJR-192, and UCC 1-104, and Public Law 73-10

2

**730854**        **2004 Oct 05 PM10:20**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐
          , USA
     ⌐          ⌐
                           ⌐
└

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #  200300858035598 Filedate: 05-SEP-03 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

The following is part of the Original filing, as all proceeds, products, accounts and fixtures of the property incorporated herein by reference, are accepted for value and are exempt from levy and are the personal property of the debtor, whereby the Secured Party holds all interest: Request for Administrative Remedy No: 338356-F1, Warden Jonathan C. Miner, FCI Fairton, Date 07/07/04.; Regional Administrative Remedy Appeal, No. 338356-R1, Northeast Regional Director D. Scott Dodrill date 08/19/04.; Central Office Administrative Remedy Appeal Office of the General Counsel Federal Bureau of Prison, General Counsel Administrator, Harrell Watts, No. 338356-A1 date 08/28/04.; North, Carter et al vs. White et al, District Court No. 02-cv-03218; Court of appeals third Circuit No. 94-3486; Court of appeals second Circuit No. 042487-CR; which are placed in the local chamber for commercial Registration of the equal exchange is in accord with Public Policy HJR-192 and UCC 1-104 also Public Law 73-10.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 9b. INDIVIDUAL'S LAST NAME  CARTER | FIRST NAME  JESSE | MIDDLE NAME  MCKINLEY | SUFFIX  JR. |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-200410058325312**

**3**

UNITED STATES GOVERNMENT
MEMORANDUM
FEDERAL BUREAU OF PRISONS

**RECEIVED**

JUL 2?

FCI FAIRTON
WARDEN'S OFFICE

DATE: July 15, 2005

REPLY TO
ATTN OF: Administrative Remedy Coordinator
National Inmate Appeals, Central Office

SUBJECT: Administrative Remedy Appeal - Case No. 338359-A1

Jesse Carter
Reg. No. 06545-052
FCI Fairton

____1. Your appeal was answered on _____. If you have not received your copy by now, you may ask the institution Administrative Remedy Coordinator to provide you with a copy from the Warden's Administrative Remedy File.

____2. Your appeal was filed on _____ and a response is still in progress. If more than 40 days have elapsed since the filing date, you are entitled to consider your appeal denied. However, some cases cannot be decided within this time period. In that event, the time for response may be extended for an additional 20 days. Staff will provide you with a computer-generated notice of extension to inform you of the extension.

____3. Our records indicate that the appeal you reference has not been filed with this office.

____4. You have not provided sufficient information for us to respond to your inquiry. If your inquiry concerns an administrative remedy, please provide the case number, the date filed in this office or date mailed by you, your name and register number, and the subject of your administrative remedy. If you cannot provide all of this information, please provide as much as possible.

____5. A review of your inquiry reveals it contains issues you should first bring to the attention of institution staff. If you are unable to resolve the issue(s) informally, you may present your complaint to the Warden via the Administrative Remedy Procedure. This procedure is available to inmates confined in federal facilities to complain about any aspect of their confinement.

____6. Extensions are granted only if an inmate's submission is untimely by no fault of his own. Requests for extensions are only considered when submitted with the complete appeal packet.

_X_7. Central Office Administrative Remedy Appeal responses are the final agency position. If you are dissatisfied with the response, you may pursue any legal recourse you deem appropriate.

____8. We can only address issues within the jurisdiction of the Federal Bureau of Prisons. Your issue is one of _____ jurisdiction.

____9. Your appeal was rejected and returned to you on _____.

____10. Other:

e McKinley Carter Jr(c) - Auth. Rep.
red Party; non-assumpsit/TDC:
Office Box [420]
ton [08320] Without recourse
Jersey Republic
No.: [06545-052]

Harrell Watts Administrator
National Inmates Appeals
for: The General Counsel
Federal Bureau of Prisons
Administrative Remedy Section
320 First Street, N.W.,
Washington D.C. 20530

Non-negotiable for Value
Non-transferable
Retained for Value

In accordance with public policy House Joint Resolution
192 of June 5, 1933 (UCC § 10-104.)
Settlement in Exchange for.

RETURNED FOR VALUE
RECEIPT REQUESTED A.D.
7004 2510 0004 1905 7426

JULY 25

By:

Certificate of Origin
Authorized Employer I.D. # 253068 @
for JESSE MCKINLEY CARTER. (UCC
Authorized Representative
for JESSE MCKINLEY CARTER-

7004 0750 0003 3492 6633

933

5



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Harrell Watts National Inmate Appeals
Street, Apt. No.; or PO Box No. 320 first Street N.W.
City, State, ZIP+4 Washington D.C. 20530

7004 2510 0004 1205 7426

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harrell Watts Administrator
National Inmate Appeals
Federal Bureau of Prisons
320 First Street N.W.,
Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 8-9-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG - 9 2005

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7004 2510 0004 1205 7426

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Certified Mail No.:7004075000334926833

From: Jesse McKinley Carter Jr(c). - Auth. Rep.
        Secured Party; non-assumpsit/TDC;
    /   Federal Correctional Institution Fairton  /
        Post Office Box [420]
        Fairton [08320]
        New Jersey Republic
        USMS No.:[06545-052]

To:    Harrell Watts, Administrator
        National Inmate Appeals
        For: The General Counsel
        Federal Bureau of Prisons
        Administrative Remedy Section
        320 First Street, N.W.,
        Washington D.C. 20534
        USA INC.



Re: <u>CERTIFICATE OF NOTARIAL PROTEST</u>

To whom it may concern:

    Enclosed is a copy of the CERTIFICATE OF NOTARIAL PROTEST which was
registered in _Richmond_ county, STATE OF NEW YORK.

    The date of registration is recorded as _June 24_, 2005 A.D..

    The date of maturity for this Certificate of Notarial Protest is (30)
days after receipt of this notice.

non-negotiable
non-transferable

                                        Certificate of origin

                                        I am: _Jesse McKinley Carter Jr.© Auth. Rep_
                                        (Jesse McKinley Carter Jr(c) - Auth. Rep.

_____                  _June 24, 2005_____
Witness signature                       Date

_____                  _June 24, 2005_____
Witness signature                       Date

Page 1 of 1

**1**

CERTIFICATE OF NOTARIAL PROTEST

State of New York )
                  ) ss.: Be it known, that a duly empowered Notary Public, at the request of
County of RICHMOND )

Jesse McKinley Carter Jr(c). - Auth. Rep., did in fact follow up on the attached Administrative Process witnessed and notarized by Notaries, by and for the State and/or Republic of New York. Whereas the time limit having elapsed and demanded performance thereof, which was refused.

The Notaries and/or Notary did duly officiate on _March 23,_ 2005, A.D. the attached draft/ Affidavit- Notice of Default Three (3) pages plus attachments, for PREFORMANCE dated _March 23,_ 2005 A.D., signed by Jesse McKinley Carter Jr(c). - Authorized Representative-in-fact; Secured Party. The time limit having elapsed and demanded performance thereof, which was refused. See attached Administrative Remedy Process with exhibits directed to the parties charged as follows:

      Name(s)

Harrell Watts, Administrator
National Inmate Appeals
for: The General Counsel
Federal Bureau of Prisons
Administrative Remedy Section
320 First Street, N.W.,
Washington D.C. 20534
USA INC.

Whereupon I solemnly, PROTEST, and by these presents do publicly and solemnly protest no meaningful response to said instruments/Affidavit - Notice of Default/ (BP-8), (BP-9), (BP-10), and (BP-11) with attachments, as against all parties whom it may concern for exchange, and all costs, damages and interests already incurred by reason of the non-performance thereof, and I hereby certify that on _JUNE 24_ 2005 A.D., a duplicate copy of the written CERTIFICATE OF NOTARIAL PROTEST/CERTIFICATE OF DEFAULT from one _KENNETH HOOD_, Notary Public, for Jesse McKinley Carter Jr(c). - Authorized Representative, Secured Party., was delivered to the endorser on or about _June 24_, 2005 A.D..

For: Jesse McKinley Carter Jr(c). - Auth. Rep.      Secured Party; non-assumpsit/TDC:
By: _KENNETH HOOD_                                   Federal Correctional Institution
    Notary Republic                                  Post Office Box [420]
    _491 DEKALB AVE_                                  Fairton [08320] Without recourse
    _BKLYN, NY 11205_                                 New Jersey Republic
    _____                          USMS No.: [06545-052]
    _____
    Address of Notary

Reason for protest - Fail performance

IN WITNESS WHEREOF, I have hereto subscribed my name and affixed my seal of office.

                                            _____
                                            Notary Republic

My commission expires: _11/16/2006_

                                            [Stamp]      [Seal]

                        Page 1 of 1



KENNETH HOOD
Notary Public, State of New York
No. 01HO6016249
Qualified in Richmond County
Commission Expires Nov. 16, 20__

[ Space Above This Line For Recording Data ]

Certificate of Default
/Evidence of Dishonor



To: Harrell Watts, Administrator
National Inmate Appeals
For: The General Counsel
Federal Bureau of Prisons
Administrative Remedy Section
320 First Street, N.W.,
Washington, D.C. 20530
USA INC.

Certified Mail No.: 70040750000334926833

## CERTIFICATE OF DEFAULT
### (EVIDENCE OF DISHONOR)

**Be it known,** that on the _____31 ˢᵀ_____ day of _____Oᶜᵗᵒᵇᵉʳ_____, in the year of our Lord 2004 A.D., at the request of Jesse Mckinley Carter Jr(c). - Authorized Representative-in-fact Secured Party, of the Republic of New York. _Kenneth Hind_, a Notary Public for the Republic and/or State of New York, duly appointed, commissioned and sworn, residing in the county of _Richmond_ and State of New York to whom all communications are to be mailed regarding the Administrative Process entitled: ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES INFORMAL RESOLUTION FORM (BP-8), REQUEST FOR ADMINISTRATIVE REMEDY (BP-9), REGIONAL REMEDY APPEAL (BP-10), CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL (BP-11) with supporting exhibits and affidavits requesting settlement in response to CLAIMS, of Docket No's.: 338359-F1, 338359-R1 and 338359-A1, herein "Administrative Process".

Pursuant to the Revised codes of New York (RCNY), Uniform Commercial Code § 3-505 (b) and § 1-102, Notice of Protest is hereby given with Certificate of Default (Evidence of Dishonor) regarding the following:

1. This Notary's records indicate that a request for Notary Services was received on or about _October 31_, 2004 A.D.. this was sent by Jesse McKinley Carter Jr(c)., and/or his authorized representative.

2. The following document was sent under Notary Seal by Notaries and/or Notary for the State and/or the Republic of New York to each named administrative officer, hereinafter "Respondent(s)," individually and collectively, from Jesse McKinley Carter Jr(c)., on the dates as noted and received by evidence of the attached copies.

**a)** REQUEST FOR ADMINISTRATIVE REMEDY (BP-9)  **b)** REGIONAL REMEDY APPEAL (BP-10)
**c)** CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL (BP-11), WITH EXHIBITS.

The Notary under Notary seal did attempt to communicate via certfied mail an Affidavit - Notice of Default sent to Respondent(s) on _March 23_, 2005 A.D., the Affidavit - Notice of Default stated that Respondent(s) have seventy-two hours to cure, said fault or a Notary Public would enter an default judgment against Respondent(s).

9

As of this date, _June 14_ 2005 A.D., no meaningful response has been delivered to any Notary, as the designated receiver. Based on the foregoing information, Respondent(s) have dishonored (Prior Notary Response and Affidavit - Notice of default); notices by non-acceptances and/or non-performance and has therefore assented to the terms and conditions in said documents, ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES INFORMAL RESOLUTION FORM (BP-8), REQUEST FOR ADMINISTRATIVE REMEDY (BP-9), REGIONAL REMEDY APPEAL (BP-10), CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL (BP-11) with attachment and supporting Exhibits and Affidavits. This matter is stare decisis between all parties.

This Notary hereby issues under Notary Seal this "Certificate of Default" and "Certificate of Notarial Protest" in favor of Jesse Mckinley Carter Jr(c). - Authorized Representative-in-fact Secured Party, against the Respondent(s) for Fraud, in regards to Docket No's.: 338359-F1, 338359-R1 and 338359-A1.

## J U R A T

State of New York      )
                       )    ss.:
_Richmond_ County      )


As a Notary Public for said county and State, I, _KENNETH   HOOD_, do hereby certify that on _24_ day of _JUNE_____, 2005 A.D., that I executed the foregoing.


Witness my hand and seal

_X Kenneth Hood_

_____, Notary Public for
the State of New York

My commission expires on _11/16/2006_.

KENNETH HOOD
Notary Public, State of New York
No. 01HO6016249
Qualified in Richmond County
Commission Expires Nov. 16, 20___

[Stamp]        [Seal]


CERTIFICATE OF DEFAULT - EVIDENCE OF DISHONOR
Page 2 of 2

**10**

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harrell Watts, Administrator
for: The General Counsel
Federal Bureau of Prisons
320 First Street N.W.
Washington D.C. 20534
USA INC.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)     Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number     7004 0705 0003 3492 6833
(Transfer from service label)

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

To: Harrell Watts, Administrator
National Inmate Appeals
For: The General Counsel
Federal Bureau of Prisons,
Administrative Remedy Section
320 First Street, N.W.,
Washington, D.C. 20534

_March 23_____ 2005 A.D.

DIRECT RESPONSE TO:
Jesse Mckinley Carter Jr(c)
Authorized Representative-in-fact
For: JESSE MCKINLEY CARTER JR(c)
Secured Party; non-assumpsit/TDC;
Federal Correctional Institution Fairton
c/o: Post Office Box [420]
Fairton [08320] Without recourse
New Jersey Republic
USMS No.: [06545-052]

Re: False and fraudulent Confinment

AFFIDAVIT - NOTICE OF DEFAULT

In the Original De Jure        §
Republic of New Jersey         §
                               §
                               §    ss.:        ASSEVERATION
                               §
Cumberland County              §

Sciant præsentes et futuri...

That I, the undersigned, "Affiant" herein, do hereby swear under penalty of
perjury under the laws of this de jure republic, that I am none other than the
natural-born living American man called by the name spelled Jesse McKinley Carter
Jr(c) and by no other spelling, that I am not of less than lawful age to contract
ro testify, that I am not incompetent, that I am under no lawfully imposed
disability of My unalienable rights under natural law and the law of nations, and
that the facts and law set forth herein are not untrue, not incorrect, not incomplete,
not uncertain, and not made for purposes of fraud or obstruction, to the best of
My knowledge and sincerely held belief.

So sworn, Affiant does hereby asseverate and declare as follows:

1). On or about the 29th day of April, 2004, Affiant did execute ADMINISTRATIVE REMEDY
PROCEDURE FOR INMATES INFORMAL RESOLUTION FORM (BP-8), with attachments.

2). On or about the 30th day of April, 2004, Affiant did serve the document described
in the above paraprah 1 by hand to Counselor Kuhn, at FCI Fairton B-Left.

3). On or about the 28th day of June, 2004, Affiant did execute REQUEST FOR
ADMINISTRATIVE REMEDY (BP-9), with attachments.

4). On or about the 17th day of June, 2004, Respondent did receive the document
described in the above paragraph 3 at the following address, to Wit:

Jonathan C. Miner, Warden
Federal Correctional Institution Fairton
Post Office Box 280
Fairton, New Jersey 08320

12

5). On or about the 19th day of August, 2004, Affiant did execute REGINAL ADMINISTRATIVE REMEDY APPEAL (BP-10), with attachments.

6). On or about the 22nd day of August, 2004, Respondent did receive the document described in the above paragraph 5 at the following address, to Wit:

> D. Scott Dodrill
> Northeast Regional Director
> U.S. Customs House 7th Floor
> 2nd and Chestnut Streets
> Philadelphia Pennsylvania 19106

7). On or about the 28th day of August, 2004, Affiant did execute CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL (BP-11), with attachments.

8). On or about the 7th day of September, 2004, Respondent did receive the document described in the above parapraph 7 at the following address, to Wit:

> Harrell Watts, Administrator
> National Inmate Appeals
> For: The General Counsel
> Federal Bureau of Prisons
> Administrative Remedy Section
> 320 First Street, N.W.,
> Washington, D.C. 20534

9). Affiant has included copies of the documents served upon the Respondent(s) (See Exhibits A.B. and C), for proof of service date.

10). The original documents with exhibits referred to, set forth a timely period within which Respondent(s) was required to answer all points by sworn affidavit with supporting documentation, or be in default. (See exhibits A.B. and C).

11). As of the day of the execution of this NOTICE, Affiant has received NO MEANINGFUL RESPONSE from the Respondent(s), as required by the original documents described and/or depicted in exhibits A.B. and C.

12). In accordance with the terms of said original documents, the Respondent(s) are now in default, and by Respondent(s) default, Respondent(s) have tacitly agreed and are estpooed from denying that all of Affiant's statements made therein are true, correct, complete and certain, and that Respondent(s) are further setopped from asserting any alleged "statutory" authority over Affiant based upon Respondent(s) former presumed "jurisdiction," which Respondent(s) have now admitted by silence to have been fraudulent.

13). Further, Respondent(s) are specifically estopped, by silence, from disputing Affiant's right to default judgment and a Dishonor Settlement Agreement, in favor of Affiant, ordering dismissal of Respondent(s) claims against Affiant for fraud, and no jurisdiction in case/cause/docuket No's 338359-F1, 338359-R1 and 338359-A1, in accordance with Federal Rules of Civil Procedure - Rule 55(a) or equivalent State Rule and/or Administrative Tort Claim.

AFFIDAVIT - NOTICE OF DEFAULT
Page 2 of 3

13

Respondent has seventy-two hours from the time of receipt of this NOTICE in which to cure Respondent(s) fault and thereby withdraw from this agreement or be bound by default as noticed herein. Respondent's fault may only be cured by compliance with the terms of the original documents described and/or depicted in exhibits A.B. and C.

In the event Respondent fails to cure Respondent(s) fault within the specified seventy-two (72) hour period, this NOTICE constitutes Affaint's NOTICE of Respondent(s) default, and Respondent(s) agreement to default judgment by Notary Public. Respondent(s) are now required to respond to Affaint and Affiant's Notary Public at: _197 Franklin Ave, Brooklyn NY 11205_ , non-response will be stare decisis, and no further notice will be necessary.

**Et Finis.**

Excuted on this _23rd_ day of _March_ , 2005 A.D.

Jesse McKinley Carter Jr(c) - Au
Secured Party; non-assumpsit/TDC
Native living Sovereign State Ci

## NOTICE OF VERIFICATION

In the Original De Jure
Republic of New York

§
§
§
§
§
§
§
§

ss.:        VERIFICATION

_Richmond_ County

I, the undersigned Notary Public, in and for said New York State Republic, do hereby certify that on this date, the foregoing instrument was executed with an oath in My presence by the living American man attesting thereto and proved on the basis of satisfactory evidence to be the same, or by the authorized agent of said living American man, who presented proof of authority to acknowledge the signature of said living American man swore that said living American man executed the instrument with an oath in the presence of said agent.

_____
Witness signature

_March 23, 2005_
Date

_____
Witness signature

_March 23, 2005_
Date

Executed on this _23_ day of _March_ , 2005 A.D.

_____
Signature of Notary

KENNETH HOOD
Notary Public, State of New York
No. 01HO6016249
Qualified in Richmond County
Commission Expires Nov. 16,2006

My commission expires: _11/16/2006_

[Stamp]     [Seal]

AFFIDAVIT - NOTICE OF DEFAULT
Page 3 of 3

To: Harrell Watts, Administrator
National Inmate Appeals
for: The General Counsel
Federal Bureau of Prisons,
Administrative Remedy Section
320 First Street, N.W.,
Washington, D.C. 20534.

Certified Mail No.: 7004 0750 0003 3492 5157

From: DIRECT RESPONSE TO:
Jesse McKinley Carter(c)-
Authorized Representative-in-fact
for: JESSE MCKINLEY CARTER JR(c).
Secured Party; non-assumpsit/TDC:
c/o: Federal Correctional Institution
Post Office Box [420]
Fairton [08320] Without recourse
New Jersey Republic
USMS No.: [06545-052]

Date: March 23 , 2005 A.D.

Re: Your Commercial Dishonor of the attached Presentment.

Dear  Harrell Watts                     :

Attached is your Commercial Dishonor of my private Acceptance for Value/Return for Value in Exchange. Having refused/failed to take the requested action voluntarily, you have therefore accepted the alternative, as evidenced by your dishonor. You have been Noticed previously of the consequences of such dishonor. Your dishonor is herewith accepted for value, and returned to you for full equitable settlement in exchange, in accordance with Public Policy, House Joint Resolution 192 (UCC 10-104). This Notice constitutes your opportunity to cure your dishonor by providing me with immediate settlement.

In the event you refuse/fail to cure your dishonor by providing me with settlement within 72 hours, your refusal/failure shall constitute default hereunder.

## Terms of Default

In the event of Default hereunder, _____Harrell Watts_____, hereinafter "Debtor," by willful refusal to cure Debtor's Commercial Dishonor, does hereby and herewith voluntarily consent and agree that Debtor is herewith obligated to Jesse McKinley Carter Jr( Secured Party_, hereinafter "Secured Party," as described below, and that Debtor enters into this agreement knowingly, willingly and intentionally.

Now Therefore, the Parties agree as follows:

That in consideration for Debtor's willful dishonor  of Secured Party's request(s) for settlement, and in consideration for liability wrongfully imposed upon Secured Party due to Debtor's refusal to provide Secured Party with lawful settlement, Debtor does hereby and herewith appoint Secured Party to be Debtor's Authorized Representative in accordance with UCC 3-402, to sign for Debtor without liability and without recourse, in any case whatsoever wherein any signature of Debtor may be required, and in any case whatsoever which Secured Party in Secured Party's sole discretion deems appropriate in order to bring about settlement of this obligation. Secured Party shall have full authority in all matters financial, and shall have authority over all accounts as well as all property, real or personal, pledged as security for this obligation;

Fidelity Bond. Know all men by these presents that Debtor establishes this Bond in favor of Secured Party in the Sum of present Collateral Values up to the penal sum of Ten Million Dollars (the Sum 10,000,000 Dols and 00 Cents) for the payment of which Bond, well and truly made, Debtor binds Debtor and Debtor's heirs executors, administrators, and third party assigns, jointly and severally, by these presents.

The condition of the above Bond is:

Debtor, without the benefit of discussion and without division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, legal actions, orders, warrants, judgments, demands, indictments, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens; levies, assessments, penalties, damages, interests, expenses, and indentures whatsoever, both absolute an contingent, due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, Secured Party as a result of any involvement of Debtor in Secured Party's affairs, or any refusal of Debtor to provide settlement;

Page 1 of 4

15

DISHONOR SETTLEMENT AGREEMENT NO.  238350

This Bond shall be in force and effect as of the date hereon and until Secured Party receives settlement in the matter to which the attached Commercial Dishonor pertains. Secured Party shall promptly advise Debtor of any Claim and provide Debtor with full details of said Claim, including copies of any documents, correspondence, suit, or action received by or served upon Secured Party. Secured Party shall have full disclosure of Debtor's activities in relation to any discussion, negotiation, or other proceeding relating to any Claim;

That Debtor hereby and herewith, voluntarily grants to Secured Party a security interest in the herein below described collateral of Debtor, and that Debtor does hereby transfer all such collateral into the possession of Secured Party along with all rights, title, and interest. All proceeds products, accounts, and fixtures, as well as the orders therefrom are retained by Secured Party as security for the indebtedness. Secured Party shall have sole discretion to liquidate and/or otherwise dispose of any collateral as necessary to make settlement of this obligation;

Collateral. That the following types/items of property are pledged by Debtor as collateral for this obligation: all: motor vehicles; aircraft; vessels; ships; trademarks; copyrights; patents; letters patent; titles of office; titles of nobility; security clearances; consumer goods; firearms and any other lethal or non-lethal weapons and destructive devices; farm products; inventory; equipment; money; investment property; commercial tort claims; letters of credit; letter-of-credit-rights; chattel paper; electronic chattel paper; tangible chattel paper; certificated securities; uncertificated securities; promissory notes; payment intangibles; software; health care insurance receivables; instruments; deposit accounts; accounts; documents; licenses; livestock; real estate and real property, including all buildings, fences, structures, fixtures, and appurtenances situated thereon, as well as affixed thereto; fixtures; manufactured homes and buildings; timber; crops; as extracted collateral, i.e. all oil, gas, and other minerals, as well as any and all accounts arising from the sale of these substances, both at minehead and wellhead; accessions, increases, and additions, replacements of, and substitutions for, any of the property described hereinabove in this paragraph; products, proceeds, and produce of any of the property described herein above in this paragraph; accounts, general intangibles, instruments, monies, payments, and contract rights, and all other rights, arising out of the sale, lease, or other disposition of any of the property described herein above in this paragraph; proceeds, including insurance, bond, general intangibles, and accounts proceeds, from the sale, destruction, loss, and other disposition of any of the property described herein above in this paragraph; records and data involving any of the property described herein above in this paragraph, such as in the form of a writing, photograph, microfilm, microfiche, tape, electronic media, and the like, together with all of Debtor's right, title, and interest in all computer software and hardware required for utilizing, creating, maintaining, and processing any such records and data in any electronic media, and all of Debtor's interest in all such foregoing property in this paragraph, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Debtor's obligation in favor of Secured Party for Debtor's dishonor of Secured Party's requests for settlement;

That Secured Party shall have the authority, as Authorized Representative of Debtor, as regards any deposit account of any kind, maintained by with any bank in/under the name of Debtor, and likewise any deposit account maintained with any bank in/under the Social Security Account Number of Debtor, notwithstanding the absence of Debtor's name as account-holder on any such account, to originate instructions for said deposit-account bank, and to direct the disposition of funds in said deposit-account bank, by acting as signatory on said deposit account without further consent of Debtor, without liability and without recourse, and Debtor further consents and agrees that the appointment of Secured Party as Authorized Representative, upon Debtor's entry into this agreement, is irrevocable and coupled with a security interest;

Page 2 of 4        DISHONOR SETTLEMENT AGREEMENT NO.- 338359-F1,R1,A1

That Debtor voluntarily consents and agrees with Secured Party's filing of a UCC-1 Financing Statement for the perfection of Secured Party's security interest herein, and that Debtor further consents and agrees with Secured Party's filing of any and all Amendments and Continuation Statements necessary for the maintenance of the security interest, and for the purpose of obtaining settlement hereunder;

Secured Party shall have the right to satisfy any judgment, lien, levy, debt, or obligation, whether secured, unsecured, or purported to be secured, against Secured Party as a result of any involvement of Debtor in Secured Party's affairs or any refusal by Debtor to provide Secured Party with settlement, by executing a Bill of Exchange against the Fidelity Bond registered herewith;

That Debtor expressly consents and agrees that any such UCC-1 Financing Statement referenced above in paragraph 6, and any related filings, are not, and may not be considered, bogus, and that Debtor will not claim that any such filing is bogus;

That until such time as Secured Party is relieved of liability in the matter to which the attached Commercial Dishonor pertains, all property of Debtor pledged as Collateral herein above is the secured private property of Secured Party, and is exempt from third party levy;

That upon settlement of the matter to which the attached Commercial Dishonor pertains, i.e. when Secured Party is released from all liability, with all rights, title, and interest intact, Secured Party agrees to release any of Debtor's unliquidated property held as Collateral under this agreement which has not been conveyed for the purpose of making settlement;

Advisory. All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front to back, in accordance with UCC 3-402 and House Joint Resolution 192 (UCC 10-104). This Security Agreement and all Collateral are accepted for value, property of Secured Party, and not dischargeable in bankruptcy court as Secured Party's property is exempt from third party levy. This Security Agreement supersedes all previous contracts or security agreements between Debtor and Secured Party;

Debtor agrees to notify all of Debtor's former creditors, would be creditors, and any would be purchasers of any herein described Collateral, of this Security Agreement, and all such personages are expressly noticed herewith;

This Security Agreement devolves upon Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as Secured Party, to hold and enforce this Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy;

Secured Party reserves all rights past, present, and future UCC 1-207. Secured Party reserves all rights to the Common Law UCC 1-103.

Default. The following shall constitute the events of Default hereunder:
1). Failure by Debtor to provide settlement within ten days of entry into this agreement;
2). Failure by Debtor to perform any obligations secured hereby when required to be performed;
3). Any breach by Debtor of any warranty contained in this Security Agreement;
4). Any retaliation against Secured Party by Debtor or any agent of Debtor or any other person as a result of this action;

Terms of Strict Foreclosure. Debtor expressly, and voluntarily, consents and agrees that Secured Party shall have the right of immediate, non-judicial, strict foreclosure against all property and interest in property formerly pledged as Collateral under this agreement, in the event that Debtor fails to cure Debtor's default hereunder within the ten day limit set forth in Default Term number 1 above. In the event Secured Party must enforce the right of Strict Foreclosure, Debtor agrees not to hinder Secured Party in any way, in Secured Party's taking physical possession of any property/former collateral now the private property of Secured Party;

DISHONOR SETTLEMENT AGREEMENT NO.- 338359-F1,R1,A1

**Public Lawful Notice.** Filing of this Security Agreement by the Parties constitutes open, lawful, Public Notice that:

1). The law, venue and jurisdiction of this Security Agreement is the ratified, finalized, signed and sealed private contract freely entered into by and between Debtor and Secured Party as registered herewith;

2). This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or in part, without the express written consent of Secured Party;

3). Debtor is the Surety for Secured Party, and this Security Agreement constitutes the Indemnity Bond in favor of Secured Party, in regards to the matter to which the attached Commercial Dishonor pertains;

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Secured Party accepts Debtor's signature in accordance with UCC 1-201(39), 3-401, 3-402.

Dated MArch 23 , 2005 A.D.

Harrell Watts
_____
Debtor

_Jesse McKinly Carh Jr_
Secured Party

DISHONOR SETTLEMENT AGREEMENT NO.- 338395-F1,R1,A1   **18**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harrell Watts, Administrator
for: The General Counsel
Federal Bureau of Prisons
320 First Street, N.W.
Washington D.C. 20530
USA INC.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 0750 0003 3492 5157

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

19

**Administrative Remedy No. 338359-A1**
**Part B - Response**


This is in response to your Central Office Administrative Remedy
in which you claim you are being held illegally.  Specifically,
you claim the amended Judgement and Commitment Order relied upon
is fraudulent.

Our review reveals the Warden and Regional Director adequately
responded to the issues you raised in your appeal.  As noted in
your response from the Regional Director, the amended Judgement
and Commitment Order was verified by staff with the appropriate
sentencing court and found to be valid.  Accordingly, your appeal
is denied.


October 15, 2004
_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals



Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: (c)Jr. Carter Jesse McKinley     USMS No[06545-052]   B-15ft    FCI Fairton

      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A—REASON FOR APPEAL** The "Warden" Jonathan C. Miner hereinafter "Warden" and the Northeast Regional Director D. Scott Dodrill hereinafter "Regional Director" have failed to respond to ALL the points in the attached issues presented in the request for Administrative Remedy (BP-9) and (BP-10), with exhibits constitutes an agreement that "Warden" and the "Regional Director" have now stipulated to ALL of the facts presented in the above referenced (BP-9) and (BP-10); that they are true, correct, and complete stare decsis. This agreement is now an operation of law, as so stated in the attached. Whereby Jesse McKinley Carter Jr(c), hereinafter "Affiant" respectfully request to be released from detainment by the Federal Bureau of Prisons, based on the agreements between "affiant" and Warden Jonathan C. Miner and Regional Director D. Scott Dodrill and the attached fraudulent "Amended Judgment in a Criminal Case", in which is void for fraud, and has been returned to the United States District Court for the Northern District of New York. "Affiant's", release can be obtained under Title 18 U.S.C. 3582(c)(1)(A). It is further stated that, by the "Warden" and "Regional Director's" verification with the Clerk of Court as so stated in there attached responses dated 07/07/04 and 08/19/04, that they had the opportunity to obtain the information that "Affiant" requested in the attached exhibits marked 1 Thru 4 and A-1 Thru A-12, to validate "Affiant's" confinement. There failure to do so proves that the statements submitted in the (BP-9) and (BP-10), are true, correct, certain, and complete, and as per the decision in

8/28/04
_____
DATE

Jesse McKinly Cate Jr.©
_____
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____
DATE

OCT - 7 2004

GENERAL COUNSEL

CASE NUMBER: 338359-A

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL
Cont. Page One
Jesse McKinley Carter Jr(c)
USMS No.: [06545-052] FCI Fairton
date: 8/29/04   2004 A.D.

---

Blakely v. Washington No.: 02-1632 Argued March 23, 2004, Decided June 24, 2004, which
states: that an accusation which lacks ANY particular fact which the law makes essential
to the punishment is no accusation within the requirements of the Common Law; and
interpreting; that the U.S. Sentencing Guidelines are unconstitutional, is additional
proof that the "Amended Judgment in a Criminal Case" that "Affiant" is being detained on
by the Federal Bureau of Prisons is void for fraud. The General Counsel, Federal Bureau
of Prisons Harrell Wats, is bound by his oath of office, to investigate ALL of the facts
presented herein with the attached exhibits to validate "Affiant's" present confinement.
If validation cannot be obtained, release is the only remedy. In the event that Harrell
Wats General Counsel, Federal Bureau of Prisons, fails to respond to ANY and ALL of the
points/facts raised in the herein (BP-11), with attached (BP-9) and (BP-10) with attached
exhibits 1 Thru 4 and A1 Thru A12 the same shall constitute our agreement, as an operation of
law between the General Counsel Harrell Wats and "Affiant" Jesse McKinley Carter Jr(c),
that ALL said statements are true, correct, certain and complete **stare decsis**. Whereupon
the General Counsel Harrell Wats shall be prevented by, his own acts and actions from,
denying controverting, or other wise, protesting this Central Office Administrative Remedy
Appeal in ANY subsequent Administrative or Judicial proceeding(s). Silence to ANY fact
shall be equated with fraud, and accordingly, silence by ANY respondent shall create the
presumption that such respondent is aware of such fraud and attempting to hide the fact,
which constitutes admission that ANY such respondent has voluntarily entered into a
conspiracy to defraud "Affiant" of his rights acquired at birth from GOD Almighty. Such
conspiracy to defraud constitutes an unlawful act by which ANY such respondent shall be
divested of ANY official immunity from suit by "Affiant" for injuries due to such conspiracy
and fraud.



CARTER, Jesse
Reg. No. 06545-052
Appeal No. 338359-R1
Page One

## PART B - RESPONSE

In your appeal, you contend you are being held illegally at FCI Fairton. You state the Amended Judgement relied upon by the FCI is void for fraud, and as such you should be released.

A review of your appeal has revealed that an Amended Judgement in Criminal Case number 3:95-CR-00232-006, from the United States District Court for the Northern District of New York, was issued on October 14, 2003. The amended judgement noted the reason for amendment was correct the sentence on remand under 18 U.S.C. §3742(f)(1) and (2). This amended order was verified as authentic with the Clerk's Office, United States District Court for Northern District of New York. Your claim that this order is a fraud is unfounded. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: August 19, 2004

D. SCOTT DODRILL
Regional Director

23

Case 1:07-cv-01395-RMU    Document 1-5    Filed 07/31/2007    Page 1 of 22

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: (c)Jr Carter Jesse McKinley          USMS No[06545-052]   B-Left        FCI Fairton
      LAST NAME, FIRST. MIDDLE INITIAL        REG. NO.           UNIT         INSTITUTION

**Part A—REASON FOR APPEAL** The Warden's non-response to ALL the points in the attached issues presented in the request for Administrative Remedy (BP-9), with exhibits, constitutes an agreement that the Warden has now stipulated to ALL of the facts presented in the above referenced (BP-9); that they are true, correct, and complete stare decsis. This agreement is now an operation of law, as so stated in the attached. Whereby Jesse McKinley Carter Jr(c), hereinafter "Affiant" respectfully request to be released from detainment by the Federal Bureau of Prisons, based on the agreement between Affiant and Warden Jonathan C. Miner, and the attached fraudulent "Amended Judgment in a Criminal Case", in which is void for fraud, and has been returned to the United States District Court for the Northern District of New York. Affiant's release can be obtained under Title 18 U.S.C. 3582 (c)(1)(A). It is further stated that, by the Warden's verification with the Clerk of Court, as so stated in his attached response dated 7/7/04, that he had the oppportunity to obtain the information that Affiant requested in the attached exhibits marked 1 thur 4 and A-1 thur A-12, to validate Affiant's confinement. His failure to do so proves that the statements submitted in the (BP-9), are true, correct, certain, and complete, and as per the decision in Blakely v. Washington no. 02-1632 Argued March 23, 2004 decided June 24, 2004 which states: that an accusation which lacks any particular fact which the law makes essential to the punishment is no accusation (See Cont. Page)

_____                    _____
        DATE                                SIGNATURE OF REQUESTER

---

**Part B—RESPONSE**

_____                    _____
        DATE                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: _____

---

**Part C—RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.        UNIT      INSTITUTION

SUBJECT: _____

within the requirements of the common law; and interpreting; that the U.S. sentencing guide lines are unconstitutional, is additional proof that the "Amended Judgment in a Criminal Case" that Affiant is being detained on by the Federal Bureau of Prisons is void for fraud. The North East regional Director Scott Dodrill is bound by his oath of office , to investigate all the facts presented herein with the attached exhibits to validate Affiant's present confinement. If validation cannot be obtained release is the only remedy. In the event that Scott Dodrill North East Regional Director, B.O.P. fails to respond to ANY and ALL of the points raised in the herein (BP-10), with attached (BP-9) with attached exhibits 1 thru 4 and A-1 thru A-12, the same shall constitute our agreement, as an operation of law, between The North East Regional Director Scott Dodrill and Affiant Jesse McKinley Carter Jr(c), that all said statements are true, correct certain and complete stare decsis. Whereupon the North East Regional Director shall be prevented from, barred from, and estopped by, his own acts and actions from, denying controverting, or other wise, protesting this Regional Administrative Remedy Appeal in any subsequent administrative or judicial proceeding(s). Silence to any fact shall be equated with fraud, and accordingly, silence by any respondent shall create the presumption that such respondent is aware of such fraud and attempting to hide the fact, which constitutes admission that any such respondent has voluntarily entered into a conspiracy to defraud Affiant of his rights acquired at birth from God Almighty. Such conspiracy to defraud constitutes an unlawful act by which any such respondent shall be divested of any official immunity from suit by Affiant for injuries due to such conspiracy and fraud.



**CARTER, Jesse M.**
**Register Number: 06545-052**
**Administrative Remedy Number: 338359-F1**

### Part B - Response

This is in response to your Request for Administrative Remedy, received in my office on June 28, 2004, in which you allege that the Federal Correctional Institution, Fairton, New Jersey, is detaining you on a fraudulent "Judgment in a Criminal Case." You request that the Warden release you from detainment.

On June 23, 1997, you were sentenced in U.S. District Court, Northern District of New York, on 26 counts, for multiple offenses in that district. You received an aggregate sentence of 360 months, which covered all counts. You appealed your sentence to the U.S. Circuit Court of Appeals, who ordered that you be re-sentenced. Specifically, you were found not guilty of Count two, and counts 44, 47 and 48, were dismissed in accordance with the CCA Mandate, dated October 14, 2003. Your case was remanded to the U.S. District Court, and you were re-sentenced pursuant to 18 U.S.C. 3742(f)(1) and (2), Correction of Sentence on Remand. The amended Judgment and Commitment Order was issued on October 14, 2003, and you were re-sentenced to 360 months. The Judgment has been verified with the Clerk of the Court, and is authorization to incarcerate you for the time ordered by the Court.

Accordingly, your request for administrative remedy is denied. If you are dissatisfied with this response, you may appeal to the Regional Director, Northeast Regional Office, U.S. Customs House - 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania 19106. Your appeal must be received in the Regional Office within 20 days from the date of this response.

_____        _____7/7/04_____
Jonathan C. Miner, Warden                          Date



*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **(c)Jr Carter Jesse McKinley**     **USMS No.[06545-052] B-Left**     **FCI Fairton**

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**   There Is only (ONE) issue. I respectfully request to be released from detainment by the Federal Bureau of Prisons based on the attached fraudulent "AMENDED JUDGMENT IN A CRIMINAL CASE" is void for fraud and has returned to the United States District Court for the Northern District of New York (see attached exhibits A-1 Thru A-12). It is further stated that the United States District Court failed to respoaned as requested by the Notice of Refusal for Fraud and is now in dishonor by default. There is no jurisdiction by which the Federal Bureau of Prisons can further detain Me. I have no AGREEMENTS with the Bureau of Prisons which are not based on threat, duress and coerrcion (see attached exhibit 1 Thru 4). Whereby Jonathan C. Miner, Warden of FCI Fairton is now detaining Me on a fraudulent "JUDGMENT IN A CRIMINAL CASE" in violation of the united States Constitution 1791, and with no valid contractual authority (see attached exhibit 1 Thru 4). Therefore I Jesse McKinley Carter Jr(c)., respectfully request and demand to be released from the detention of the Federal Bureau of Prisons, FCI Fairton My reasons and belief have been stated herein and in the attached exhibits A-1 thru A-12 and 1 Thru 4. My release can be obtained by the Warden at FCI Fairton under Title 18 U.S.C. 3582 (c)(1)(A) for the above reasons, and the Warden is hereby requested to take whatever actions are necessary to cause My release under said statue. In the event that you fail to respond to ANY of the points rased in the herein Administrative Remedy with attached exhibits 1 Thru 4 And A-1 Thru A-12.
(See Cont. Page)   6/22/04

DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
JUN 2 8 2004
FCI FAIRTON
WARDEN'S OFFICE

7/7/04
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER 336369-F1

**Part C– RECEIPT**                    CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    Previously BP-DIR-9                    BP–229(13)

REQUEST FOR ADMINISTRATIVE REMEDY
Cont. Page One
Jesse McKinley Carter Jr(c).
USMS No.: [06545-052] FCI Fairton          6/22/04

the same shall constitute our agreement, as an operation of law, between Warden Jonathen
C. Miner and Myself Jesse McKinley Carter Jr(c)., that all said statements are true, correct,
and complete **stare decsis**. Thereafter Warden Jonathen C. Miner of FCI Fairton, shall be
prevented from, barred from, and estopped by, his own acts and actions from, denying
controverting, or other wise, protesting this Administrative Remedy in any subsequent
administrative or judicial proceeding(s).



Page One of Four Exhibits
Jesse McKinley Carter Jr(c).
USMS No.: [06545-052] FCI Fairton        6/22/07

The attached Fraudulent "AMENDED JUDGMENT IN A CRIMINAL CASE" is void for fraud and
has been returned to the United States District Court for the Northern District of
New York. Whereby Jonathan C. Miner, Warden At FCI Fairton hereinafter "Respondent"
are now holding Jesse McKinley Carter jr(c)., hereinafter "Affiant" in violation of
the united States Constitution 1791. I respectfully request and demand to be released
for the custody of the Federal Bureau of Prisons; FCI Fairton. Sciant Præsentse et
futuri... That I, the undersigned, "Affiant" herein, do hereby swear under the laws of
this de jure republic, that I am none other than the natural born living American man
called by the name spelled Jesse McKinley Carter Jr(c)., and by no other spelling,
that I am not less than lawful age to contract or testify, that I am not incompetent,
that I am under no lawfully imposed disability of My unalienable rights under natural
law and the law of nations, and that the facts and law set forth herein are no untrue,
not incorrect, not incomplete, not uncertain, and not made for purposes of fraud or
obstruction, to the best of My knowledge and sincerely held belief. So sworn, "affiant"
does hereby asseverate and declare as follows: "When the [American] Revolution took
place, the people of each State became themselves sovereign."-- Pollard v. Hagan, 3 H.
212. The people thereafter placed SPECIFIC and DISTINCT portions of their sovereignty,
enumerated in the respective constitutions/trusts, within the power of their lawful
governments to direct. This was not a relinquishment of such sovereignty,



29

24

Jesse McKinley Carter Jr(c).
USMS No.: [06545-052] FCI Fairton   6/23/04

but an extension of such sovereignty, from its source--the people, through the agency of their creation, to enact their sovereign will. All sovereign Rights under Natural Law, which WERE NOT ENUMERATED in said constitutions/trusts, WERE NOT RELINQUISHED, as the present system would have us believe, BUT WERE IN FACT RETAINED BY THE PEOPLE. See Constitution for the united States of America 1791, 9th and 10th Articles in Amendment, and whereas all State constitutions are in pari materia, all of the several States of America have fully reserved such rights for the People. The UNITED STATES corporation was created by an unlawful act of Congress without Constitutional authority in 1868 by the act entitled "The Government & Corporations Act," a "STATUTORY LAW," which created a Municipal Legislative Democracy: a corporation, see 28 U.S.C. § 3002(15), "United States" defined. This "MUNICIPAL CORPORATION" was ostensibly created to provide an INTERNAL GOVERNMENT for the District of Columbia, and to prevent those born therein from being "STATELESS PERSONS." Said "MUNICIPAL CORPORATION" has "EXCLUSIVE JURISDICTION" over the District of Columbia, not to exceed ten (10) miles square, and all territories and possessions...of said CORPORATION. See also District of Columbia v. cluss, 103 U.S. 705, 26 L.ed. 455, "[the federal United States] is a for-profit corporation which 16 Stat. 419 cerated by the name District of Columbia. By the operation of the "Buck Act," of Oct. 9, 1940, 54 Stat. 1071, codified at 4 U.S.C. § 105-113, the respective "STATE OF..." municipal "government corporations" were REORGANIZED under the federal "UNITED STATES" corporation as subsidiaries/debtors/sureties/bankrupt entities, and therefore ALL state-created corporate/commercial entities, i.e.- legal "PERSONS" organized under said "STATES," were/are presumed to be commercially bound as debtors to said corporate "UNITED STATES" and "STATE OF..." municipal "governments" for payment of debt, i.e.-taxes, and for performance under contract, i.e.- obedience to "statutory law." Affiant is a natural-born living man, UNWILLING REPRESENTATIVE, and sole authorized signatory, for the legal fiction/constructive trust: JESSE MCKINLEY CARTER JR. Affiant specifically and negatively avers that Affiant IS NOT a legal fiction or commercial entity of any kind whatsoever and has NEVER CONSENTED to be so construed. Affiant has recently discovered the fraudulent, deceitful and secretive manipulation of the legal system, by which this living Affiant has been unwillingly construed as a commercial entity, judged in a commercial venue, and held criminally liable for the acts of a quasi-corporate entity without notice or cause for piercing of the unrevealed corporate veil. Respondent's organization, a subdivision of a corporation which masquerades as a "government," is maintaining upon the "Public Records" alleged "criminal convictions," and/or "criminal records," which purportedly hold this living Affiant liable for "criminal acts" which were "charged" against the legal fiction: JESSE MCKINLEY CARTER JR. Affiant hereby specifically and negatively avers that Affiant IS NOT the legal fiction named in said "charges/convictions/records," and Affiant hereby refutes and renounces any claims by Respondent in the above referenced and enumerated "case." Affiant is not now, nor was Affiant ever, liable for the alleged "criminal acts" of any non-existent legal fiction. Furthermore, Affiant specifically and negatively avers that none of the above referenced and euumerated "cases" are valid assessments of liability of Affiant due to the fact that Affiant has NEVER KNOWINGLY, WILLINGLY, INTENTIONALLY OR WITH FULL AND FRANK DISCLOSURE, ENTERED INTO ANY COMMERCIAL CONTRACT WITH ANY COMMERCIAL "GOVERNMENT" AND WHICH CONTAINED ANY EXPRESS "PENAL CLAUSES" OF THE KIND ALLEGEDLY "VIOLATED" BY THE "DEFENDANT" IN THE ABOVE REFERENCED AND ENUMERATED "CASES." Such "penal clauses" would only be applicable as against a commercial entity which could be proved to have entered into an express agreement with such commerical "government" corporation, and such "penal clauses" are therefore NOT APPLICABLE to a living man such as Affiant, and therefore, any such "records" maintained or disseminated by Respondent's organization which purport to reference any commercial/ criminal "case" against JESSE MCKINLEY CARTER JR. are therefore libellous and defamatory records of fictitious proceedings against a fictitious non-entity, and Affiant hereby demands





the dismissal/vacatur/expunction/distruction of any and all such "records" in any system of
records in which they are held or to which they have been disseminated.(CAVEAT) Whereas
Title 27 of the Code of Federal Regulations § 72.11 sets forth, substantially, that ALL
CRIMES ARE COMMERCIAL, and; Whereas the United States Suprime Court ruled, in Erie Rail Co.
v. Tompkins, (1938) 304 U.S. 64 82 L.Ed. 1188, 58 S.Ct. 817, that all decisions of the
United States courts would thereafter be based upon "Negotiable Instruments Law," a.k.a.-
"Statutory Law," or more accurately, Commercial/Maritime Law in Admiralty Jurisdiction, i.e.-
THE LAW MERCHANT, and; Whereas the above-referenced "action(s)" commenced as (a) CRIMINAL
and therefore COMMERCIAL claim(s); Affiant therefore demands to be informed of the NATURE
AND CAUSE of the above-referenced and enumerated claims against this living Affiant, Jesse
McKinley Carter Jr(c)., or against the Idem Sonans/legal fiction/constructive trust: JESSE
MCKINLEY CARTER JR. Affiant further demands to be informed of the venue and jurisdiction of
law under which any such claims were/are brought. Attached are copies of documents issued by
Respondent's organization in connection with the "case(s)" referenced/enumerated herein. See
attached "Exhibit A-1 Thru A-12." Nothing in the attached document reveals the true Nature
and Cause of any associated claim, and as set forth in the above referenced Erie Rail Co.
case (with which Respondent is required to comply), any claims must be brought under
prevailing law form/jurisdiction: Commercial/Maritime Law. It therefore appears that Respondent
has maintained the alleged "AMENDED JUDGMENT IN A CRIMINAL CASE" against JESSE MCKINLEY
CARTER JR. as a LIBELLOUS and FRAUDULENT open escrow, in prepartion to make a MARITIME
ATTACHMENT upon JESSE MCKINLEY CARTER JR., and thereby to obtain an UNCONSTITUTIONAL QUASI
IN REM JURISDICTION over Affiant's "PERSON." As it appears Respondent is attempting to make
a Maritime Attachment upon JESSE MCKINLEY CARTER JR., full and frank disclosure of the
following is hereby demanded: 1) A certified copy of the International Maritime Contract (See
Erie Rail Co. v. Tompkins, supra) under which Respondent/Plaintiff alleges a breach, or; 2)
Notice of Maritime Tort Claim, with the sworn Affidavit of the Claimant setting forth the
SUBSTANTIALLY MARITIME ACTIVITY in which JESSE MCKINLEY CARTER JR. was engaged at the time
said Maritime Tort was committed, and also setting forth the nature of any injury and the
assessment for damages sought by the claimant, and; 3) The REQUIRED BOND, posted by the
claimant for security against loss or damages to JESSE MCKINLEY CARTER JR. as a result of
any wrongful claims; such BOND being a requisite for IN REM jurisdiction of any Admiralty
Court over JESSE MCKINLEY CARTER JR., and without which BOND, there is NO JURISDICTION IN
ADMIRALTY. In the event that Affiant is in error and this matter is in fact brought under
Common Law, Affiant demands a Certified Copy of the Affidavit of Cause, sworn under Oath
by the LIVING INJURED PARTY, and setting forth the Nature and Cause of any alleged injury,
as well as the means by which JESSE MCKINLEY CARTER JR. a legal fiction, inflected such
injuries upon the Life, Liberty or Property of any such "Injured Party." In the event that
Affiant is STILL mistaken and this matter is brought in Equity, Affiant demands a Certified
Copy of the Domestic Equity Contract bearing Affiant's bona fide signature, or the bona fide
signature of Affiant acting in the capacity of agent for the legal fiction JESSE MCKINLEY
CARTER JR., and wherein Affiant was given full and frank disclosure of all relevant legal
consequences of entry into such contract and did so knowingly, intentionally and willingly.
Said contract must fully and expressly set forth any "penal clauses" sought to be enforced
under a breach of any such contract, and Affiant further demands the Respondent's sworn
Affidavit setting forth the manner in which Affiant or JESSE MCKINLEY CARTER JR. committed
such breach. Lastly, Affiant demands an explanation, by sworn Affidavit, of how "criminal
penalties' were obtained in Equity, with disclosure of the identity of the Real Party OF
Interest. In the event that Respondent would deny that the matter(s) referenced herein were
brought in ANY of the jurisdictions referenced above, and would instead allege that the
jurisdiction was/is "STATUTORY LAW," Affiant demands disclosure of the "Rules of Procedure"
for any such "STATUTORY LAW" jurisdiction.



Exhibit 3 of 4   3|

The fact that Respondent's organization, i.e.- "The Federal Bureau of Prisons," deals in "commercial paper" such as the attached "Exhibit A-1 Thru A-12    ," rather than GOLD AND SILVER "MONEY," as required by the Constitution for the united States of America 1787, presents the evidence that Respondent's organization IS NOT the de jure organic government, but in fact a CORPORATE IMPOSTER, masquerading as a "government," and therefore having NO POWER OR AUTHORITY OVER LIVING MEN such as Affiant, due to the fact that any such corporate "government" organization IS INSOLVENT AT LAW, CANNOT SUE OR BE SUED AT LAW, CANNOT CONTRACT WITH LIVING PRINCIPALS, AND HAS NO STANDING AT LAW. Respondant is therefore NOT "the Government," and has NO IMMUNITY FROM ESTOPPEL. Affiant, being a natural-born national of, and domiciled within the, organic Republic of New York, IS therefore the State-in-fact, by virtue of his being a member of the American, Constitutionally guranteed republic thereof, and therefore a sovereign "head of government," as is the nature of Citizens of a republic. Affiant specifically and negatively avers that Affiant IS NOT a "14th Amendment U.S. citizen," by birth or otherwise, and never has been. Any party or parties alleging otherwise are demanded by Affiant to produce bona fide proof of such a claim in the form of an executed and approved Form N-600 from the U.S. State Department, or proof that Affiant was born in a place "subject to the jurisdiction of the United States," as such jurisdiction is defined in the Constitution for the united States of America 1787 and in 40 U.S.C. § 255 and corrsponding caselaw. Affiant is none other than a state Citizen of the Republic of New York, and possesses full, unalienable natural-law rights, granted by God and unencumbered by any "PERSON," living or juristic. Whereas Respondent IS NOT THE GOVERNMENT, and has no immunity from Estoppel as stated above, Respondent's failure to timely rebut this REQUEST FOR ADMINISTRATIVE REMDEY with Respondent's own sworn Affidavit shall constitute Respondent's entry into default and estoppel, whereupon Respondent shall be: 1). Estopped from denying knowledge of any fact or law set forth in this Request for Administrative Remedy; 2). Estopped from alleging the falsity of any claims made in this Request for Administrative Remedy; 3). Estopped from exercising any alleged "statutory" jurisdiction over Affiant; 4). Estopped from enforcement of any alleged "statutory" or "penal" laws upon Affiant; 5). Estopped from disputing Affiants right to Default Judgment of dismissal with vacatur/expunction/ destruction of any and all records of alleged "proceedings" in all "cases" referenced in the attached "Exhibit A-1 Thru A-12    ," as Respondent is also.....6). Estopped from denying that any and all records of such "proceedings" and "cases" are fictitious and fraudulent, being based wholly upon fals persumptions, fictions of law, presumptive waivers and unlawful adhesion contracts, and are therefore libellous and defamatory to Affiant, and an unlawful deprivation of Affiant's unalienable rights as an American state Citizen, Natural and Domiciliary of a free American Republic. In the event Respondent fails to respond with such rebuttal and proof of jurisdiction, Respondent shall be in Default and Estoppel as set forth above, and Default Judgment shall be requested, stare decisis.

If "I" have offended anyone "I" pray for forgiveness.

Et Finis.

Exhibit 4 of 4

32

32

FAI 1330.13E
OCTOBER 31, 2002
Attachment 1

Federal Correctional Institution
and Federal Prison Camp
Fairton, New Jersey

ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
INFORMAL RESOLUTION FORM

This form is to be completed by the Correctional Counselor.

DATE: 4/29/04

INMATE NAME: Jesse McKinley Carter Jr® REG. NO.: 06545-052    UNIT: B-Left

1) THE INMATE'S COMPLAINT: The attached Fraudulent "AMENDED JUDGMENT IN A CRIMINAL CASE" is void for fraud and has been returned to the United States District Court for the Northern District of New York. Whereby you are now holding Me in violation of the united States Constitution 1791.

2) THE RELIEF HE IS REQUESTING: I respectfully request and demand to be released from the custody of the Federal Bureau of Prisons, Federal Correctional Institution Fairton New Jersey.

3) EFFORTS MADE BY THE INMATE TO INFORMALLY RESOLVE THE COMPLAINT, INCLUDING THE NAMES OF STAFF HE CONTACTED:
Case manager J. Nunn  B-Left

4) EFFORTS MADE BY STAFF TO INFORMALLY RESOLVE THE COMPLAINT:
The Bureau is unable to grant with this request.

DATE INFORMALLY RESOLVED _____

OR DATE BP-229 WAS ISSUED ___6/1/04___

A-1

33

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) | |
| | ) | CASE/ACCOUNT No.:3:95CR232-006 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Jesse McKinley Carter Jr.© | ) | Senior Judge Thomas J. McAvoy |
| 1981 "All Rights Reserved" et al, | ) | |
| Defendant | ) | |

## NOTICE FOR REFUSAL FOR FRAUD
## FAILURE TO ADMINISTER THE uNITED STATES CONSTITUTION 1791

Jesse McKinley Carter Jr.© - Auth Rep; makes this special visitation in a timely manner in regards to an instrument entitled "AMENDED JUDGMENT IN A CRIMINAL CASE" which was sent to Federal Correctional Institution, Fairton New Jersey an attorney Kevin Schad in regards to Case/Account No.:3:95CR232-006.

Jesse McKinley Carter Jr.© - Auth. Rep.: without knowing the nature and cause of said action and not waiving any rights protected by natures law and nature's One True God and knowingly being denied substantive rights by Senior United States Judge Thomas J. McAvoy and Prosecutor Louric acting in concert hereby refuses for fraud the "AMENDED JUDGMENT IN A CRIMINAL CASE" attached hereto and incorporated herein by reference. Further, Jesse McKinley Carter Jr.© - Auth. Rep.;

refuses for fraud any other photographic copies of said "AMENDED JUDGMENT IN A CRIMINAL CASE" whether signed or unsigned, until such time as the aforementioned Federal agents comply with the united States

A-2
34

Constitution 1791.,

To this date Jesse McKinley Carter Jr.© - Auth. Rep.; refuses the instrument in that he has not received any notice from the United States District Court for the Northern District of New York, being I am counsel of record as per-Court order signed by Senior United States Judge Thomas J. McAvoy dated March 6, 1997 A.D.; in a timely manner.

Jesse McKinley Carter Jr.© - Auth. Rep.: refuses the instrument in that his true appellation which is known to Senior United States Judge Thomas J. McAvoy and Prosecutor Louric has been disregarded by fraud and therefore cannot be accepted by Jesse McKinley Carter Jr.© - Auth. Rep.

In the event that you fail to provide a response and/or fail to cure your fraud/dishonor, you will hereby stipulate that each and every fact stated herein shall constitute, as an operation of Law, by your own tacit admission by tacit procuration that each and every fact constitutes an agreement-in-fact between yourself and Jesse McKinley Carter Jr.© - Auth. Rep., that all said facts are True, Correct, Complete, and Certian, stare decisis. Thereafter you Senior United States Judge Thomas J. McAvoy will consent and agree to waive all defenses, as you will fully understand that you will be prevented from, barred to, and estopped, by your own acts and actions from claiming a right to, arguing, controverting, or otherwise protesting the Notice for Refusal for Fraud in any subsequent administrative and/or judicial proceeding(s).

**Page 2 of 3**

A-3
35

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

Certificate of Origin

I am:
BY: _Jesse McKinley Carter Jr.© - auth Rep_
Jesse McKinley Carter Jr.© - Auth. Rep.
for: JESSE MCKINLEY CARTER JR.©
non-assumpsit/TDC:
"UCC § 1-308 "All Rights Reserved"
Federal Correctional Institution Fairton
Post Office Box [420]
Fairton [08320] Without recourse
New Jersey Republic
USMS No.: [06545-052]

### AFFIDAVIT OF MAILING

a total of <u>11</u> pages mailed herewith, including all attachments (including
this Affidavit of Mailing) by United States Post Office Certified
Mail No.: <u>7003311000342306177</u>, in a sealed envelope with
postage pre-paid, properly addressed to:

Miroslau Louric
Assistant U.S. attorney
Federal Building
15 Henry Street
Binghamton New York 13901

_____          4/29/04
Witness Signature                Date

_____          4/29/04
Witness Signature                Date

_____          4-29-04
Witness Signature                Date

**Page 3 of 3**

A-4

36

# UNITED STATES DISTRICT COURT

Northern                                    District of                                    New York

UNITED STATES OF AMERICA

v.

**JESSE M. CARTER**

## AMENDED JUDGMENT IN A CRIMINAL CASE

Case Number:        3:95-CR-00232-006

USM Number:        06545-052

Melynda Cook, Esq., Schad, Cook Law Firm, 8240 Beckett Park Dr., Indian Springs, OH 45011  (513) 870-4980
Defendant's Attorney

**Date of Original Judgment:**  June 23, 1997
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

X  Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐  Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐  Correction of Sentence by Sentencing Court

☐  Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐  Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐  Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐  Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐  Direct Motion to District Court Pursuant  ☐ 28 U.S.C. § 2255 or
☐ 18 U.S.C. § 3559(c)(7)

☐  Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☐  pleaded guilty to count(s)

☐  pleaded nolo contendere to count(s)
which was accepted by the court.

X  was found guilty on count(s)  1, 11-28, 41-43 and 49 listed in the Second Superseding Indictment on June 4, 1996
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 848(a)&(c) | Engaging in a Continual Criminal Enterprise | 01/11/1996 | 1 |
| 21 U.S.C. § 841(a)(1) | Cocaine Distribution | 04/12/1994 | 11-18, 21, 24-27 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has been found not guilty on count(s)  2 vacated by district court at the time of original sentencing, and, counts 44, 47 and 48 are dismissed in accordance with the CCA Mandate dated October 14, 2003

X  Count(s)  51 and 52  ☐ is  X are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 14, 2003
Date of Imposition of Judgment

Signature of Judge

Hon. Thomas J. McAvoy, Senior U.S. District Judge
Name and Title of Judge

April 1, 2007
Date

HPW/cml

DEFENDANT: Jesse M. Carter
CASE NUMBER: 3:95-CR-00232-006

Judgment— Page 2 of 7

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine | 06/17/1994 | 19-20, 23 & 28 |
| 21 U.S.C. § 841(a)(1) | Attempted Cocaine Distribution | 02/10/1994 | 22 |
| 18 U.S.C. § 924(c) | Use of a Firearm in relation to a Drug Trafficking Crime | 11/02/1993 | 41-43 |
| 18 U.S.C. § 924(c) | Use of a Firearm in relation to a Drug Trafficking Crime | 06/30/1994 | 49 |

REFUSED FOR FRAUD

Date ___ April 2004 A.D.

38 A-6

DEFENDANT: Jesse M. Carter

CASE NUMBER: 3:95-CR-00232-006

Judgment — Page __3__ of __7__

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **360 months.** This sentence consists of terms of imprisonment of 240 months on each of counts 1, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28, all to be served concurrently with each other and, 60 months on each of counts 41, 42 and 43, all to served concurrently with each other, *but consecutively* to the sentences imposed on counts 1 and 11 through 28; and, 120 months on count 49, to be served concurrently with the sentences imposed on counts 41, 42 and 43, *but consecutively* to the counts imposed on 1 and 11 through 28. Total term of imprisonment is 360 months.

X    The court makes the following recommendations to the Bureau of Prisons:

that the defendant be designated at FCI Edison, New Jersey or as close to his family, as possible.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐ a.m.   ☐ p.m.   on _____

    ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

39 A-7

DEFENDANT:      Jesse M. Carter
CASE NUMBER:    3:95-CR-00232-006

Judgment—Page **4** of **7**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

5 years on count 1 and 3 years on each of counts 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 41, 42, 43 and 49 to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

x   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☐  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

A-8  **40**

DEFENDANT:      Jesse M. Carter
CASE NUMBER:    3:95-CR-00232-006

## SPECIAL CONDITIONS OF SUPERVISION

**Defendant shall participate in drug/alcohol abuse testing and treatment as directed by the U.S. Probation Office.**

REFUSED FOR FRAUD

Date ___ April 26, 2004 A.D

Jesse Ackerly Carter f. © — auth. Rep.

A-9

41

DEFENDANT: Jesse M. Carter
CASE NUMBER: 3:95-CR-00232-006

Judgment — Page __6__ of __7__

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| **TOTALS** | $ 1,150.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|------------------|-------------------------|----------------------------|
|                   |                  |                         |                            |

| **TOTALS** | $ _____ | $ _____ |
|------------|--------------|--------------|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

REFUSED FOR FRAUD

Date — April 26 2007

A-10



AO 245C   NNY(Rev. 3/04) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments RMU   Document 1-5   Filed 07/31/2007   Page 20 of 22
(NOTE: Identify Changes with Asterisks (*))

DEFENDANT:   Jesse M. Carter
CASE NUMBER:   3:95-CR-00232-006

Judgment — Page  7  of  7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   ☐   In full immediately; or

B   X   Lump sum payment of $ __1,150.00__ due immediately, balance due

    ☐   not later than _____ , or

    ☐   in accordance with  ☐ D,  ☐ E,  ☐ F, or  ☐ G below; or

C   ☐   Payment to begin immediately (may be combined with  ☐ D,   ☐ E, or   ☐ G below); or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

E   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

F   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

G   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York 13501, unless otherwise directed by the court, the probation officer, or the United States attorney. If a victim cannot be located, the restitution paid to the Clerk of the Court for that victim shall be sent to the Treasury, to be retrieved if and when the victim is located.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.



A - 11

43

AO 245B NNY(Rev. 3/04) Judgment in a Criminal Case Attachment (Page 1)—Statement of Reasons    Document 1-5    Filed 07/31/2007    Page 21 of 22

CONFIDENTIAL

DEFENDANT:   Jesse M. Carter
CASE NUMBER:   3:95-CR-00232-006
DISTRICT:   Northern New York

# STATEMENT OF REASONS
(Not for Public Disclosure)

☐ **THE COURT ADOPTS THE PRESENTENCE REPORT AND GUIDELINE APPLICATIONS WITHOUT CHANGE.**

**OR**

☐ **THE COURT ADOPTS THE PRESENTENCE REPORT AND GUIDELINE APPLICATIONS BUT WITH THESE CHANGES:**
(Use Page 3, if necessary.)

☐ **Chapter Two of the U.S.S.G. Manual** determinations by court (including changes to base offense level or specific offense characteristics):

☐ **Chapter Three of the U.S.S.G. Manual** adjustment determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

☐ **Chapter Four of the U.S.S.G. Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

*REFUSED FOR FRAUD* *Date April 2004 A.D.* (handwritten overlay)

X **THE COURT ADOPTS THE PRESENTENCE REPORT WITH THESE COMMENTS OR FINDINGS** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions. Specify court comments or findings, including paragraphs in the presentence report.) (Use Page 3, if necessary.)

**Court makes findings upon the record that defendant's Criminal History Category is I.  Court makes further findings relating to the amount of drugs, the foreseeability and purpose of the conspiracy and to further the conspiracy.**

## GUIDELINE RANGE DETERMINED BY THE COURT (BEFORE DEPARTURES):

Total Offense Level:   38
Criminal History Category:   I
Imprisonment Range:   240  to  293  months
Supervised Release Range:   3  to  5  years
Fine Range:  $ 25,000.00  to  $ 4,000,000.00

X Fine waived or below the guideline range because of inability to pay.

☐ **THE SENTENCE IS WITHIN THE GUIDELINE RANGE, THAT RANGE DOES NOT EXCEED 24 MONTHS, AND THE COURT FINDS NO REASON TO DEPART.**

**OR**

X **THE SENTENCE IS WITHIN A GUIDELINE RANGE, THAT RANGE EXCEEDS 24 MONTHS, AND THE SPECIFIC SENTENCE IS IMPOSED FOR THESE REASONS:** (Use Page 3, if necessary.)

**The sentence imposed by the Court assures the community that there will be no recidivism, and more than adequately punishes and deters the defendant for the acts involved.**

A-12  44

**UNITED STATES**
*POSTAL SERVICE*®

# Track & Confirm

### Current Status

You entered 7003 3110 0003 4230 6177

Your item was delivered at 11:59 am on May 03, 2004 in BINGHAMTON, NY 13901.

Shipment Details >

### Notification Options

▸ **Track & Confirm by email**    What is this?    *Go >*

### Track & Confirm

Enter label number:

*Go >*

**Track & Confirm FAQs**    *Go >*



POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

45



F
07-1395
RMU

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

*Jesse Carter*

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88868
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#06545-052

**DEFENDANTS**

*Henry J. Sadowski, et al.*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-01395
Assigned To : Urbina, Ricardo M.
Assign. Date : 07/31/2007
Description: PRO SE GEN. CIVIL

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZEN**

FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other) OR** ☒ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

O

| ☐ **G.** *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **H.** *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **I.** *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K.** *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ **M.** *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N.** *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** 0   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

**DATE** 7/31/07   SIGNATURE OF ATTORNEY OF RECORD   NCD

---

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd