FILED
JUL 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FORM TO BE USED BY A PRISONER
APPLYING TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF <u>COLUMBIA</u>

Jesse McKinley Carter Jr(c)
_____
(Enter above the full name of the plaintiff in this action)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

v.

Civil Action No. __07 1395__
(To be supplied by the Clerk of the Court)

HENRY J. SADOWSKI,

HARRELL WATTS,

D. SCOTT DOSRILL,

JONATHAN C. MINER, et, al.

_____
(Enter above the full name of the defendant or defendants
in this action)

I, __Jesse McKinley Carter Jr(c)__, declare that I am the (check appropriate box)

☒ Petitioner / plaintiff / movant      ☐ Other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Denying my right for Redress of Grievance, Fraud, Kidnapping, violating sworn oath of office, refused to up hold that, all parties are in agreement for settlement. Defendants are barred and estopped by contract/administrative notices by their own actions from arguing, controverting, this tort claim in any subsequent administrative and/or judicial proceedings

RECEIVED
JUL - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

# FORM TO BE USED BY A PRISONER
# APPLYING TO PROCEED IN FORMA PAUPERIS

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No

   If "Yes," list dates and places of confinement for the six-month period immediately preceding the filing of this application:

   | Dates of Confinement | Place of Confinement |
   |---|---|
   | 1996 to 2021 | FCI Fairton, P.O. Box 420 Fairton N.J. 08320 |

   For each institution in which you have been confined for the preceding six months, you must submit a certified copy of your prison account statement and an Account Certification Form (use attached Account Certification Forms).

2. Are you employed at your current institution?    ☒ Yes   ☐ No

   Do you receive any payment or money from your current institution?    ☒ Yes   ☐ No

   If "Yes," state how much you receive each month: _____$36.00_____

3. In the past 12 months, have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession, or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest, or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities, or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☒ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   My Family sends money. What ever they can, when ever they can.

3. Other than your prison account, do you have any cash or checking or savings account?
   ☐ Yes    ☒ No

   If "Yes," state the total amount: _____