February 19, 2008.

Clerk's office
United States District Court
for the District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001

RECEIVED
MAR 0 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice of change
of address

Civil Action # 07-1395 RMU

Dear Clerk of Court;

I, Jesse Mckinley Carter Jr. respectfully submit this notice of change of address for filing in the above mention case.

I respectfully submit this notice to inform this court of my new address To w.t:

Federal Correctional Institution Fort Dix
Post office Box 2000
Fort Dix, New Jersey 08640
U.S.M.S. No.: 06545-052

Thank you for your time and Attention in the above referenced matter.

MAR 3 - S

Respectfully Submitted
Jesse M. Carter Jr.

cc: File/JMCJC