UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JESSE MCKINLEY CARTER, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-1395 (RMU) |
| | : | |
| HENRY J. SADOWSKI, *et al.*, | : | Dkt. #8 |
| | : | |
| Defendants. | : | |

**TRANSFER ORDER**

On this 16th day of July, 2008, it is hereby

ORDERED that defendants' motion to transfer [Dkt. #8] is GRANTED. It is further

ORDERED that this civil action is TRANSFERRED to the United States District Court for the District of New Jersey.

SO ORDERED.

RICARDO M. URBINA
United States District Judge